**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Constitution Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| vs. | ) | |
| | ) | FILED: AUGUST 13, 2008 |
| The Kopley Group Inc., Kopley Group IX, | ) | 08CV4584 |
| LLC, Kopley Group X, LLC, General | ) | JUDGE DOW, JR |
| Casualty Company of Illinois, and Douglas | ) | MAGISTRATE JUDGE SCHENKIER |
| Perkins as Administrator of the Estate of | ) | JFB |
| Adrienne Perkins, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF

Now comes the Plaintiff, Constitution Insurance Company, by and through its attorneys,

Bates & Carey LLP, and for its Complaint for Declaratory Judgment pursuant to 28 U.S.C. §

2201(a) and for Other Relief against the Defendants, The Kopley Group Inc.; Kopley Group IX,

LLC; Kopley Group X, LLC; General Casualty Company of Illinois; and Douglas Perkins, as

Administrator of the Estate of Adrienne Perkins, alleges as follows:

### The Parties

1.      Constitution Insurance Company (hereinafter "Constitution") is a duly licensed

New York corporation engaged in the business of underwriting and issuing insurance, with its

principal place of business in New York.

2.      The Kopley Group Inc. (hereinafter "Kopley Group") is an Illinois corporation

engaged in the business of real estate, property management and syndication, with its principal

place of business in Chicago, Illinois.  The Kopley Group claims to be an insured under a certain

Constitution insurance policy issued to Kopley Group X, LLC (hereinafter "Kopley Group X").

3.      Kopley Group IX, LLC (hereinafter "Kopley Group IX") is an Illinois limited liability company duly authorized and existing under the laws of the State of Illinois engaged in the business of real estate, property management and syndication.  Kopley Group IX claims to be an insured under a certain Constitution insurance policy issued to Kopley Group X.

4.      The Kopley Group X is an Illinois limited liability company duly authorized and existing under the laws of the State of Illinois engaged in the business of real estate, property management and syndication.

5.      General Casualty Company of Illinois (hereinafter "General Casualty") is a commercial insurance company incorporated in the state of Wisconsin and maintains its principal place of business in that state.  General Casualty issued policy No. CCI 0339275 to the Kopley Group for the policy period February 12, 2002 through February 12, 2003.

6.      Douglas Perkins ("Perkins"), the Administrator of the Estate of Adrienne Perkins, was the acting administrator for Ms. Perkins in connection with a lawsuit brought on behalf of her estate in Cook County, Illinois, pending under Case No. 03 L 011032.  In this lawsuit, Perkins sought damages on behalf of Adrienne Perkins against certain Kopley entities for bodily injury.  Perkins is named as a party herein solely to be bound by any judgment or ruling entered herein.  No specific relief is sought against Perkins.  In the event Perkins stipulates to be bound by any judgment entered herein, Constitution will stipulate to dismiss Perkins from this lawsuit.

### Jurisdiction and Venue

7.      This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332(a) because there is complete diversity of citizenship between the parties and the matter in controversy, exclusive of interest and costs, exceeds the sum of seventy-five thousand dollars ($75,000.00).

8.      Venue is appropriate pursuant to 28 U.S.C. §1391(a) because a substantial part of the events giving rise to this claim occurred in this judicial district or, alternatively, because all of the parties are subject to personal jurisdiction in this judicial district.

9.      An actual case or controversy exists between Constitution, the Kopley Group, Kopley Group IX, Kopley Group X, General Casualty, and Perkins as required under Article III of the U.S. Constitution.  Therefore, this Court is empowered to declare the rights and obligations of the parties hereto pursuant to 28 U.S.C. § 2201(a).

## The *Perkins* Lawsuit

10.      A fire occurred on or about July 16, 2002 in an apartment building located in Chicago, Illinois.  The Chicago Fire Department identified the address of the fire as 2115-2119 E. 67th Street, Chicago, Illinois (hereinafter referred to as "the Premises").

11.      Adrienne Perkins (hereinafter "Perkins") died in the fire.  The administrator of the Estate of Perkins filed a lawsuit on September 15, 2003 in the Circuit Court of Cook County, Illinois (hereinafter the "*Perkins* lawsuit").  Kopley Group and Kopley Group IX are defendants in the *Perkins* lawsuit.  A true and accurate copy of the complaint filed in the *Perkins* lawsuit is attached hereto as Ex. A.

12.      On July 16, 2002, the legal titleholder of the Premises was a land trust who granted a mortgage to Kopley Group IX.  Kopley Group IX was the third party beneficiary of the land trust.

13.      Upon information and belief, the Kopley Group was the real estate management company for the Premises on July 16, 2002.

14.      General Casualty provided comprehensive liability insurance to the Kopley Group that was in force on July 16, 2002.

15. Constitution did not insure Kopley Group IX or Kopley Group on July 16, 2002, or at any time prior or subsequent thereto.

16. Constitution issued Business Owners Policy No. CHB 001218 to Kopley Group X for the policy period June 30, 2002 through June 30, 2003. A true and accurate copy of the Constitution policy is attached hereto as Ex. B.

17. Kopley Group X did not hold legal, equitable or colorable title to the Premises on July 16, 2002, or at any time prior or subsequent thereto. Kopley Group X had no insurable interest in the Premises on July 16, 2002, or at any time prior or subsequent thereto.

18. Constitution agreed to provide for the defense of Kopley Group and Kopley Group IX in the *Perkins* action under a full reservation of rights.

19. On January 28, 2008, a Cook County jury returned a verdict in the *Perkins* lawsuit in favor of the plaintiff and against both Kopley Group and Kopley Group IX in the amount of $1,353,249.

20. Kopley Group and Kopley Group IX have filed timely notices of appeal.

21. Constitution has continued to provide a defense to Kopley Group and Kopley Group IX in the *Perkins* lawsuit under a full reservation of rights.

### Count I – Declaratory Relief – No *Peppers* Conflict

22. Constitution hereby adopts and incorporates ¶¶ 10 through 21 as though fully set forth herein.

23. On March 13, 2008, Constitution advised the attorneys for the Kopley Group and Kopley Group IX that the appeal of both Kopley entities would be handled collectively by the

law firm of Hinshaw & Culberston LLP in Chicago, Illinois.  The attorneys were asked to forward their files immediately to Hinshaw & Culbertson.

24.    On March 20, 2008, counsel for the Kopley Group responded to Constitution's March 13, 2008 letter and advised that, pursuant to *Maryland Cas. Co. v. Peppers*, 64 Ill.2d 187 (1976), Constitution has no right to control or direct the defense of either of the Kopley entities based on a "clear conflict of interest."

25.    Even though Constitution has reserved its rights to deny coverage as to both Kopley entities in connection with the *Perkins* lawsuit, there is no conflict of interest preventing Constitution from controlling or directing the defense of the Kopley entities.

26.    Constitution's control of the defense of the Kopley entities in the *Perkins* lawsuit would not allow or give Constitution the ability to "shift facts" or "lay the groundwork" in a way that would take the *Perkins* lawsuit outside the scope of coverage.

27.    Constitution's interests are not furthered by providing a less than vigorous defense of both Kopley entities in the *Perkins* lawsuit.

WHEREFORE, the Plaintiff, Constitution Insurance Company, hereby prays for a declaration from this Court in its favor and against both of the Kopley entities, and further requests that this Court grant Constitution the following relief:

a)    Entry of an Order declaring that Constitution can control or direct the defense of the Kopley Group and Kopley Group IX in connection with the *Perkins* lawsuit without waiving its defenses to coverage;

b)    Entry of an Order declaring that Constitution's control of the defense of the Kopley Group and Kopley Group IX does not present a conflict of interest under *Maryland Cas. Co. v. Peppers,* 64 Ill.2d 187 (1976); and

c)    Such other and further relief as the Court may deem just and equitable.

## Count II – Declaratory Relief
## No Coverage For Kopley Group or Kopley Group IX

28.    Constitution hereby adopts and incorporates ¶¶ 10 through 21 as though fully set forth herein.

29.    The Kopley Group IX is not a named insured or an additional insured under Constitution Policy No. CHB001218.

30.    Kopley Group is not a named insured or, for purposes of liability arising out of the *Perkins* lawsuit, an additional insured under Constitution Policy No. CHB001218.

31.    Therefore, because Kopley Group IX and Kopley Group are strangers to Constitution Policy No. CHB001218, Constitution has no obligation to defend or indemnify or otherwise provide any coverage to them in connection with the *Perkins* lawsuit.

WHEREFORE, the Plaintiff, Constitution Insurance Company, hereby prays for a declaration from this Court in its favor and against Kopley Group IX and Kopley Group, and further requests that this Court grant Constitution the following relief:

a)    Entry of an Order declaring that Constitution is not obligated to provide any defense or indemnification to Kopley Group IX and Kopley Group under Constitution Policy No. CHB001218 for the verdict entered against it in the *Perkins* lawsuit;

b)    Entry of an Order declaring that Kopley Group IX and Kopley Group are not insureds under Constitution Policy No. CHB001218; and

c)    Such other and further relief as the Court may deem just and equitable.

## Count III – In The Alternative –
## Rescission of Constitution Policy No. CHB001218 issued to Kopley Group X

32.    Constitution hereby adopts and incorporates ¶¶ 10 through 21 as though fully set forth herein.

33.    In 2002, Kopley Group X submitted its application to Constitution for Constitution Policy No. CHB001218.  A true and accurate copy of the application is attached hereto as Ex. C.

34.    The application contains certain material misrepresentations, including but not limited to the occupancy of the Premises, the existence of security entrance systems, and prior fires at the Premises.  Specifically, Kopley Group X represented that the entire Premises were leased by tenants.  However, this representation was false, as the Premises were not fully tenanted.

35.    Kopley Group X also represented in the application that the Premises had a security entrance system which limited access to the Premises.  This representation was false.

36.    Kopley Group X further represented in the application that there was only one prior fire that occurred at the Premises.  This representation was false, as there was more than one prior fire that occurred at the Premises.

37.    The misrepresentations made by Kopley Group X in its application were material to the acceptance of the risk when Constitution issued Policy No. CHB001218 to Kopley Group X.

38.    When Constitution issued Constitution Policy No. CHB001218 to Kopley Group X, Constitution justifiably relied on the misrepresentations made by Kopley Group X in the application.

39.    As a result of the misrepresentations of material fact in the application made by Kopley Group X, Constitution Policy No. CHB001218 is void *ab initio*.

WHEREFORE, the Plaintiff, Constitution Insurance Company, hereby prays for a declaration from this Court in its favor and against the Kopley Group, Kopley Group IX and Kopley Group X, and further requests that this Court grant Constitution the following relief:

a)  Entry of an Order rescinding and voiding Constitution Policy No. CHB001218 based on the material misrepresentations made by Kopley Group X in the application;

b)  Entry of an Order voiding any alleged obligations of Constitution as to the Kopley Group, Kopley Group IX, and Kopley Group X under Constitution Policy No. CHB001218 based on the material misrepresentations made in the application; and

c)  Such other and further relief as the Court may deem just and equitable.

### Count IV – In The Alternative – Declaratory Relief Between Constitution and General Casualty

40.  Constitution hereby adopts and incorporates ¶¶ 10 through 21 as though fully set forth herein.

41.  General Casualty issued comprehensive insurance policy no. CCI 0339275 to the Kopley Group for the policy period February 12, 2002 through February 12, 2003 ("the General Casualty Policy").  A true and correct copy of the General Casualty Policy is attached hereto as Ex. D.

42.  General Casualty never reserved its rights to deny coverage to the Kopley Group for liability arising out of the *Perkins* lawsuit.

43.  The General Casualty Policy covers the Kopley Group in connection with the *Perkins* lawsuit.

44.  Even if there is coverage under Constitution Policy No. CHB 001218 for the Kopley Group, such coverage would apply on the same basis as does the coverage afforded by

General Casualty Policy No. CCI 0339275, based the respective policies' "Other Insurance" clauses and equitable considerations.

WHEREFORE, the Plaintiff, Constitution Insurance Company, hereby prays that the Court find in its favor and against General Casualty, and further requests that this Court grant Constitution the following relief:

a) A declaration that Constitution Policy No. CHB 001218, to the extent it applies at all, provides coverage to the Kopley Group as respects the *Perkins* lawsuit on the same basis as does General Casualty policy No. CCI 0339275;

b) Such other and further relief as the Court may deem just and equitable.

### Count V – Equitable Contribution / Indemnity Against General Casualty

45. Constitution hereby adopts and incorporates ¶¶ 10 through 21 as though fully set forth herein.

46. Constitution has paid and continues to pay defense costs on behalf of Kopley Group in connection with the *Perkins* lawsuit.

47. Pursuant to the General Casualty Policy, General Casualty has the obligation to pay such costs.

48. It would be inequitable to preclude Constitution from recovering these costs from General Casualty when General Casualty has the obligation to pay for some or all of these costs pursuant to the General Casualty Policy.

WHEREFORE, the Plaintiff, Constitution Insurance Company, hereby prays that the Court find in its favor and against General Casualty, and further requests that this Court grant Constitution the following relief:

a)      An award in Constitution's favor and against General Casualty in the amount of an equitable share of the costs that Constitution has paid in connection with the defense of Kopley Group in the *Perkins* lawsuit;

b)      Such other and further relief as the Court may deem just and equitable.

DATED:  August 13, 2008

Respectfully submitted,


_____ s/ Mark G. Sheridan_____
One of the Attorneys for Plaintiff
Constitution Insurance Company


Mark G. Sheridan (Illinois Bar No. 6207803)
James L. Wideikis (Illinois Bar No. 6278707)
BATES & CAREY LLP
191 North Wacker Drive
Suite 2400
Chicago, IL 60606
312-762-3100 (Phone)
312-762-3200 (Fax)


252936v1

FILED: AUGUST 13, 2008
08CV4584
JUDGE DOW, JR
MAGISTRATE JUDGE SCHENKIER
JFB

# Exhibit A

02/04/2008  09:25   6306555518                    GAB ROBINS                          PAGE  19/29
        Oct. 2. 2008 11:55AM    KOPLEY GROUP                   NO.7412   P. 5/0 so

STATE OF ILLINOIS)
                    )   SS
COUNTY OF C O O K)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ADRIENNE PERKINS, deceased by her        )
administrator DOUGLAS PERKINS,           )
                                         )
                Plaintiff,               )
                                         )
    vs.                                  )   No.
                                         )
KOPLEY GROUP; and COLE TAYLOR           )
BANK, as Trustee under Trust #998312    )
URBAN RESIDENTIAL SERVICES               )
COMPANY AND URBAN RESIDENTIAL)
DEVELOPMENT, LLC.                        )
                                         )
                Defendants.              )



## COMPLAINT AT LAW

### Count I

Negligence

NOW COMES the Plaintiff, ADRIENNE PERKINS, deceased by her administrator DOUGLAS PERKINS, by and through his attorneys, EVINS, FRIEND & SKLARE, LTD., and complains of the Defendants, KOPLEY GROUP, COLE TAYLOR BANK, as Trustee under Trust #998312, URBAN RESIDENTIAL SERVICES COMPANY and URBAN RESIDENTIAL DEVELOPMENT, LLC.as follows:

1.      That on July 16, 2002, and for some time prior and subsequent thereto, the Defendants did own, operate, manage, maintain and control and/or otherwise contracted to own, operate, manage, maintain and control that certain premises which included 2115 E. 67th Street,

in the City of Chicago, County of Cook and State of Illinois, together with the passages, areaways and appurtenances thereof and thereat.

2.     That it then and there became and was the duty of the Defendants, individually and by and through their agents, servants and employees in their behalf, to exercise reasonable care and caution in and about the ownership, operation, management, maintenance and control of said premises, so that same would be in a good, safe and proper condition for persons legally and lawfully in and upon said premises to be, use, and occupy, and so as not cause harm and injury to such persons.

3.     That on said date of July 16, 2002, the Plaintiff, ADRIENNE PERKINS, deceased, was a tenant residing on the premises located at 2115 E. 67th Street, Chicago, Illinois, and she was legally and lawfully in and upon said premises.

4.     That prior to and at the time and place aforesaid, the Defendant, individually and by and through their agents, servants and employees in their behalf, carelessly and negligently operated, managed, maintained and controlled said premises, and as a direct and proximate result thereof, the a fire broke out which caused pain, suffering, emotional distress and eventually ADRIENNE PERKINS' death.

5.     That prior to and at the time and place aforesaid, and prior thereto, the Defendant, individually and by and through their agents, servants and employees in their behalf, acted or failed to act in one or more of the following ways, amounting to careless and negligent conduct:

(a)     Improperly operated, managed, maintained and controlled said premises, and the passages, areaways and appurtenances thereof and thereat, so that as a direct result thereof, the plaintiff was injured.

(b)     Failed to provide a good, safe and proper place for the plaintiff to be, use, and occupy while on their premises.

2

02/04/2008  09:25     53065557 18                    GAB ROBINS                            PAGE  21/29
Oct. 2. 2008 11:00AM                               KOPLEY GROUP              NO. 1412   P. 1/8

(c)     Failed to fix, repair, remedy the unsafe, dangerous and hazardous condition of the premises when they knew or should have known of the existence thereof.

(d)     Failed to inspect said premises to be certain same were in good, safe and proper condition and repair.

(e)     Failed to warn the plaintiff and others of the unsafe, dangerous and defective condition of the premises.

(f)     Allowed and permitted said premises to go without smoke detectors and/or without operating smoke detectors, when they knew or should have known of the hazards and danger the Plaintiff was put in.

(g)     Allowed and permitted said premises to operate with an electrical system which defendants knew or should have known was unsafe and defective.

(h)     Provided inadequate security of the building common areas and un-leased units in that Defendants knew or should have known that trespassers could access the premises and they knew or should have known that said trespassers could intentionally or unintentionally start a fire.

WHEREFORE, the Plaintiff, ADRIENNE PERKINS, deceased by her administrator DOUGLAS PERKINS, prays for monetary relief against the Defendants, KOPLEY GROUP, COLE TAYLOR BANK, as Trustee under Trust#998312, URBAN RESIDENTIAL SERVICES COMPANY and URBAN RESIDENTIAL DEVELOPMENT, LLC., and each of them, in accordance with Supreme Court Rule 222B Affidavit attached hereto.

3

02/04/2008  09:25    630655FF518_          GAB ROBINS          NU·/41∠   r· p/o ∪∪·  PAGE  22/29
Oct· 2· 2003 11:bbAM

## Count II

### Wrongful Death

Now comes the Plaintiff, ADRIENNE PERKINS, deceased by her administrator DOUGLAS PERKINS, by and through his attorneys, EVINS, FRIEND & SKLARE, LTD., and complains of the Defendants, KOPLEY GROUP, COLE TAYLOR BANK, as Trustee under Trust #998312, URBAN RESIDENTIAL SERVICES COMPANY and URBAN RESIDENTIAL DEVELOPMENT; LLC, as follows:

   1. That Plaintiff re-alleges paragraphs 1 through 5 of Count I of this Complaint.

   6. Decedent left surviving her, her husband, DOUGLAS PERKINS, as sole next of kin who have sustained personal and pecuniary loss as a result of her death.

   7. By reason of wrongful death of the decedent, her husband has been permanently deprived of decedent's society, love, affection, companionship and support

WHEREFORE, the Plaintiff, ADRIENNE PERKINS, deceased by her administrator, DOUGLAS PERKINS, deceased, prays for monetary relief against the Defendants, KOPLEY GROUP, COLE TAYLOR BANK, as Trustee under Trust #998312, URBAN RESIDENTIAL SERVICES COMPANY and URBAN RESIDENTIAL DEVELOPMENT, LLC, and each of them, in accordance with Supreme Court Rule 222B Affidavit attached hereto.

<u>ATTORNEY FOR PLAINTIFF</u>

I.D. #35186
EVINS, FRIEND & SKLARE, LTD.
Attorneys for Plaintiff
188 W. Randolph St., Suite 1020
Chicago, IL 60601
(312)782-2308

4

FILED: AUGUST 13, 2008
08CV4584
JUDGE DOW, JR
MAGISTRATE JUDGE SCHENKIER
JFB

# Exhibit B

NEW
Renewal of Number

# CONSTITUTION
# INSURANCE COMPANY


BUSINESSOWNERS
POLICY

Policy Declarations  **CHB001218**

NAMED INSURED AND ADDRESS
THE KOPLEY GROUP X, LLC

5206 NORTH SHERIDAN RD.

CHICAGO, IL 60640
POLICY PERIOD:  FROM   06/30/02      TO   06/30/03

12:01 AM STANDARD TIME AT YOUR
MAILING ADDRESS SHOWN ABOVE

BUSINESS DESCRIPTION:  APARTMENT BUILDING

FORM OF BUSINESS: ☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE  ☐ ORGANIZATION  ☒ OTHER  LTD CORP

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE
WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY

Property

## DESCRIPTION OF PREMISES

| PREM | BLDG | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| 1 | 1 | 2101-11 E. 67TH ST., CHICAGO, IL 60649 |
| | | 3 STORY, 66 UNIT JOISTED MASONRY APT. BLDG. IN P/C 2 |

## COVERAGES PROVIDED - Insurance at the described premises applies only to coverage for which a limit of insurance is shown.

| PREM | BLDG | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | REPLACEMENT COST or ACTUAL CASH VALUE | AUTOMATIC INCREASE |
|---|---|---|---|---|---|---|
| 1 | 1 | BUILDING | $3,200,000 | SPECIAL | RC | .08 |
| 1 | 1 | BUSINESS INCOME | A.L.S. | SPECIAL | | |

## OPTIONAL COVERAGES - Apply only if shown on this Declarations page or subsequent endorsement adding coverage.

| COVERAGE | LIMITS OF INSURANCE | DESCRIPTION | DEDUCTIBLE |
|---|---|---|---|
| | | | |

DEDUCTIBLE:  $5,000.

MORTGAGEE: THE NORTHERN TRUST CO. ISAOA
265 E. DEERPATH
LAKE FOREST, IL 60045

## Liability and Medical Payments

Except for Fire Legal Liability, each paid claim for the following coverages reduces the amount of insurance we provide during the
applicable annual period.  Please refer to Paragraph D.4 of the Businessowners Liability Coverage Form.

| | LIMITS OF INSURANCE | |
|---|---|---|
| Liability and Medical Expenses | | |
| Medical Expenses | $1,000,000 | |
| Fire Legal Liability | $5,000 | per person |
| | $100,000 | any one fire or explosion |

## FORMS AND ENDORSEMENTS made part of this policy at time of issue:

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

Premium for this Policy  $     10,408

Agent: THE JACK NEBEL COMPANIES
P.O. BOX 159
PALATINE, IL 60078

CIC    0043

Date of Issue: 07/18/02      JMV      Countersigned By:

NCP-01 (06/00)

INSURED

C 00001

Policy Change
Number

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

IL 12 01 11 85
POLICY CHANGES

| Policy No.<br>CHB001218 | Policy Changes Effective<br>06/30/02 | Company<br>CONSTITUTION INSURANCE COMPANY |
|---|---|---|
| Named Insured<br>THE KOPLEY GROUP X, LLC | | Authorized Representative<br>THE JACK NEBEL COMPANIES |

Coverage Parts Affected:

BUSINESSOWNERS COVERAGE PART

**CHANGES**
ENDORSEMENT SCHEDULE

FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS
POLICY AT TIME OF ISSUE.
BUSINESSOWNERS

| | |
|---|---|
| NCP-02 [06-00] | POLICY JACKET |
| CL-2001-OWTMF | NOTICE TO POLICYHOLDERS |
| IL0021 [04-98] | NUCLEAR ENERGY LIAB EXCLUSION |
| BP0002 [01-97] | BOP SPECIAL COVERAGE FORM |
| BP0006 [01-97] | BOP LIABILITY COVERAGE FORM |
| BP0009 [01-97] | BOP COMMON POLICY CONDITIONS |
| BP0154 [03-99] | ILLINOIS CHANGES |
| BP0404 [01-96] | HIRED/NON-OWNED AUTO LIABILITY |
| BP0417 [01-96] | EXCL-EMPLOYMENT REL PRACTICES |
| BP0430 [01-96] | PROTECTIVE SAFEGUARDS |
| BP0512 [01-02] | EXCL OF WAR, MILITARY ACTION, |
| BP0513 [01-02] | WAR OR TERRORISM EXCLUSION |
| BP1004 [04-98] | EXCL CERTAIN COMPUTER-RELATED |
| BP1005 [04-98] | EXCL-YEAR 2000 COMPUTER-RELATE |
| IL0284 [05-90] | IL CHANGES-CANC & NONRENEWAL |
| NCP-06 [06-00] | EXCLUSION-ASBESTOS, SILICA |
| NCP-07 [06-66] | EXCLUSION-LEAD CONTAMINATION |

CIC    0044

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Authorized Representative Signature

INSURED                    C 00002              Page 1 of 2

Insert form NCP-02 [06-00] here.

CIC    0045

C 00004

# NOTICE TO POLICYHOLDERS

## RESTRICTIONS OF COVERAGE

### CL-2001-OWTMF

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of any significant broadenings, restrictions and clarifications of coverage that were made in each policy form and endorsement.

Please read your policy, and the endorsements attached to your policy, carefully.

**IL 09 40 01 02 – Exclusion of Terrorism (With Limited Exception) And Exclusion of War And Military Action** (Commercial Inland Marine, Commercial Property and Farm Coverage Parts; and Standard Property Policy)

**IL 09 42 01 02 – Exclusion of War, Military Action and Terrorism** (Boiler And Machinery and Commercial Crime Coverage Parts)

**BP 05 12 01 02 – Exclusion of Terrorism (With Limited Exception) And Exclusion of War And Military Action** (Businessowners Policy)

When this endorsement is attached to your policy:

- Coverage for loss or damage arising out of war, warlike action and similar events is excluded under all coverage forms and policies. Previously, the War And Military Action exclusion applied to all coverage forms and policies except the Commercial Property - Legal Liability Coverage Form.
- Coverage for loss or damage arising out of terrorism is excluded only if:
  - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

    *(In applying the threshold for property damage ($25 million), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or
  - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

Copyright, ISO Properties, Inc., 2001

CIC     0046

C 00005

- The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

- The exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property, under the Commercial Inland Marine, Commercial Property or Farm Coverage Parts or under the Businessowners Policy or Standard Property Policy.

See the definition of terrorism for purposes of the terrorism exclusion.

**BP 05 13 01 02 – War Or Terrorism Exclusion (Liability Endorsement)**
(Businessowners Liability Coverage Form)
**FL 10 30 01 02 – War Or Terrorism Exclusion** (Farm Liability Coverage Form)

When this endorsement is attached to your policy:

- Coverage is excluded for bodily injury, property damage liability, personal injury, advertising injury and medical payments arising out of war, warlike action and similar events. Previously, the War exclusion under the Businessowners Liability Coverage Form applied only to contractually assumed liability arising out of such events and to medical payments coverage. Previously, the War exclusion under the Farm Liability Coverage Form applied only to medical payments coverage.

- Coverage for bodily injury, property damage liability, personal injury, advertising injury and medical payments arising out of terrorism is excluded only if:

  - The total of all damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from a terrorism incident exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

  - Fifty or more persons sustain death or serious physical injury; or

    *(In applying the thresholds for property damage ($25 million) and death or injury (50 or more persons), multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or
  - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
  - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

Copyright, ISO Properties, Inc., 2001

CIC    0047

C 00006

See the definition of terrorism for purposes of the terrorism exclusion.

Copyright, ISO Properties, Inc., 2001

CIC     0048

C 00007

INTERLINE
IL 00 21 04 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

CIC    0049

C 00008

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   (a) Any "nuclear reactor";

   (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

   (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office,

CIC    0050

C 00009

IL 00 21 04 98    □

BUSINESSOWNERS
BP 00 02 01 97

# BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H - Property Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. Covered Property

    Covered Property, as used in this policy, means the type of property as described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

    a. Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

        (1) Completed additions;

        (2) Fixtures, including outdoor fixtures;

        (3) Permanently installed:

            (a) Machinery; and

            (b) Equipment;

        (4) Your personal property in apartments or rooms furnished by you as landlord;

        (5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

            (a) Fire extinguishing equipment;

            (b) Outdoor furniture;

            (c) Floor coverings; and

            (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

        (6) If not covered by other insurance:

            (a) Additions under construction, alterations and repairs to the buildings or structures;

            (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

    b. Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

        (1) Property you own that is used in your business;

        (2) Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition E.6.d.(3)(b);

        (3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

            (a) Made a part of the building or structure you occupy but do not own;

            (b) You acquired or made at your expense but cannot legally remove; and

        (4) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph A.1.b.(2).

CIC    0051

2. **Property Not Covered**

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in the:

   (1) Money and Securities Optional Coverage; or

   (2) Employee Dishonesty Optional Coverage;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water, growing crops or lawns;

e. Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

   (1) Outdoor Property Coverage Extension; or

   (2) Outdoor Signs Optional Coverage;

f. Watercraft (including motors, equipment and accessories) while afloat.

3. **Covered Causes Of Loss**

Risks Of Direct Physical Loss unless the loss is:

a. Excluded in Section B., Exclusions; or

b. Limited in Paragraph A.4., Limitations;

that follow.

4. **Limitations**

a. We will not pay for loss of or damage to:

   (1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   (2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   (3) Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

   (4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

b. With respect to glass (other than glass building blocks) that is part of the interior of a building or structure, or part of an outdoor sign, we will not pay more than $500 for the total of all loss or damage in any one occurrence. Subject to the $500 limit on all loss or damage, we will not pay more than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

c. We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

   (1) Glass that is part of the interior of a building or structure;

   (2) Containers of property held for sale; or

   (3) Photographic or scientific instrument lenses.

d. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   (1) $2,500 for furs, fur garments and garments trimmed with fur.

CIC    0052

 Copyright, Insurance Services Office, Inc        ' 00 02 01 97    □

C 00011

(2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

5. **Additional Coverages**

a. Debris Removal

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical loss or damage; or

(b) The end of the policy period.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in Paragraph (4) below.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(4) If:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% Debris Removal Coverage limitation in Paragraph (2) above;

we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

b. Preservation Of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

d. Collapse

(1) We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this policy, if the collapse is caused by one or more of the following:

(a) The "specified cause of loss" or breakage of building glass, all only as insured against in this policy;

(b) Hidden decay;

(c) Hidden insect or vermin damage;

(d) Weight of people or personal property;

(e) Weight of rain that collects on a roof;

(f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in d.(1)(a) through d.(1)(e), we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

CIC    0053

(2) If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

  (a) The personal property which collapses is inside a building insured under this policy; and

  (b) The collapse was caused by a cause of loss listed in d.(1)(a) through d.(1)(f) above.

(3) With respect to the following property:

  (a) Awnings;

  (b) Gutters and downspouts;

  (c) Yard fixtures;

  (d) Outdoor swimming pools;

  (e) Piers, wharves and docks;

  (f) Beach or diving platforms or appurtenances;

  (g) Retaining walls; and

  (h) Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in d.(1)(b) through d.(1)(f), we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

(4) Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1) Results in discharge of any substance from an automatic fire protection system; or

(2) Is directly caused by freezing.

**f. Business Income**

(1) **Business Income**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

  (a) The portion of the building which you rent, lease or occupy; and

  (b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage.

Business Income means the:

  (i) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

  (ii) Continuing normal operating expenses incurred, including payroll.

CIC    0054

Copyright, Insurance Services Office, Inc

⌐⌐ 00 02 01 97     ☐

C 00013

Ordinary payroll expenses mean payroll expenses for all your employees except:

(a) Officers;

(b) Executives;

(c) Department Managers;

(d) Employees under contract; and

(e) Additional Exemptions shown in the Declarations as:

    (i) Job Classifications; or

    (ii) Employees.

Ordinary payroll expenses include:

(a) Payroll;

(b) Employee benefits, if directly related to payroll;

(c) FICA payments you pay;

(d) Union dues you pay; and

(e) Workers' compensation premiums.

(2) Extended Business Income

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

    (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

    (ii) 30 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

This Additional Coverage is not subject to the Limits of Insurance.

g. Extra Expense

(1) We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used ·to gain access to, the described premises.

(2) Extra Expense means expense incurred:

(a) To avoid or minimize the suspension of business and to continue "operations":

    (i) At the described premises; or

    (ii) At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

(b) To minimize the suspension of business if you cannot continue "operations".

CIC    0055

(c) To:

  (i) Repair or replace any property; or

  (ii) Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage f. Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

h. **Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(1) The date of direct physical loss or damage; or

(2) The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

i. **Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

(1) 3 consecutive weeks after the time of that action; or

(2) When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

j. **Money Orders And Counterfeit Paper Currency**

We will pay for loss due to the good faith acceptance of:

(1) Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or

(2) Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

The most we will pay for any loss under this Additional Coverage is $1,000.

k. **Forgery And Alteration**

(1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500.

l. **Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

CIC    0056

   Copyright, Insurance Services Office, Inc.,    D 02 01 97    □

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in I.(3) through I.(9) of this Additional Coverage.

(3) The ordinance or law referred to in I.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $5,000.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment Property Loss Condition in this Coverage Form do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in I.(6) of this Additional Coverage, is not subject to such limitation.

m. **Exterior Building Glass**

(1) We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

(a) Expenses incurred to put up temporary plates or board up openings;

(b) Repair or replacement of encasing frames; and

(c) Expenses incurred to remove or replace obstructions.

(2) Paragraph A.3., Covered Causes Of Loss and Section B., Exclusions do not apply to this Additional Coverage, except for:

(a) Paragraph B.1.b., Earth Movement;

(b) Paragraph B.1.c., Governmental Action;

(c) Paragraph B.1.d., Nuclear Hazard;

(d) Paragraph B.1.f., War And Military Action; and

(e) Paragraph B.1.g., Water.

CIC 0057

(3) We will not pay for loss or damage caused by or resulting from:

    (a) Wear and tear;

    (b) Hidden or latent defect;

    (c) Corrosion; or

    (d) Rust.

(4) The most we pay under this Additional Coverage is the Building Limit of Insurance shown in the Declarations.

    However, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property, the most we will pay under this Additional Coverage is the Tenant's Exterior Building Glass Limit of Insurance shown in the Declarations.

6. **Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

a. **Personal Property At Newly Acquired Premises**

(1) You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

    The most we will pay for loss or damage under this Extension is $100,000 at each premises.

(2) Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

    (a) This policy expires;

    (b) 30 days expire after you acquire or begin construction at the new premises; or

    (c) You report values to us.

    We will charge you additional premium for values reported from the date you acquire the premises.

b. **Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $5,000.

c. **Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, but not more than $500 for any one tree, shrub or plant.

d. **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees. This extension does not apply to:

(1) Tools or equipment used in your business; or

(2) Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

e. **"Valuable Papers And Records"**

(1) You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research lost information on "valuable papers and records" for which duplicates do not exist.

CIC    0058

(2) This Coverage Extension does not apply to:

(a) Property held as samples or for delivery after sale;

(b) Property in storage away from the premises shown in the Declarations.

(3) The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $2,500.

(4) Section B. Exclusions of this Coverage Form does not apply to this Coverage Extension except for:

(a) Paragraph B.1.c., Governmental Action;

(b) Paragraph B.1.d., Nuclear Hazard;

(c) Paragraph B.1.f., War And Military Action;

(d) Paragraph B.2.f., Dishonesty;

(e) Paragraph B.2.g., False Pretense;

(f) Paragraph B.3.; and

(g) The Accounts Receivable and "Valuable Papers And Records" Exclusions.

f. Accounts Receivable

(1) You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $2,500.

(3) Section B. Exclusions of this Coverage Form does not apply to this Coverage Extension except for:

(a) Paragraph B.1.c., Governmental Action;

(b) Paragraph B.1.d., Nuclear Hazard;

(c) Paragraph B.1.f., War And Military Action;

(d) Paragraph B.2.f., Dishonesty;

(e) Paragraph B.2.g., False Pretense;

(f) Paragraph B.3.; and

(g) The Accounts Receivable and "Valuable Papers And Records" Exclusions.

B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a. Ordinance Or Law

The enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

(1) An ordinance or law that is enforced even if the property has not been damaged; or

(2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

CIC    0059

Copyright, Insurance Services Office, Inc., 1§

C 00018

b. Earth Movement

(1) Any earth movement (other than sink-hole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. Power Failure

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

f. War And Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. Water

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in B.1.g.(1) through B.1.g.(4), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Electrical Apparatus

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

CIC    0060

Copyright, Insurance Services Office, Inc.,

) 02 01 97    □

C 00019

**b. Consequential Losses**

Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

Collapse, except as provided in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Other Types Of Loss**

(1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

CIC    0061

Copyright, Insurance Services Office,

C 00020

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in B.2.k.(1) through B.2.k.(7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather Conditions

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts Or Decisions

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Negligent Work

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. Business Income And Extra Expense Exclusions

We will not pay for:

a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

b. Any other consequential loss.

5. Accounts Receivable And "Valuable Papers And Records" Exclusions

The following additional exclusions apply to the Accounts Receivable and "Valuable Papers And Records" Coverage Extensions:

a. We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

(a) Programming errors or faulty machine instructions;

(b) Faulty installation or maintenance of data processing equipment or component parts;

But we will pay for direct loss or damage caused by lightning.

b. Applicable to "Valuable Papers and Records" only:

We will not pay for loss or damage caused by or resulting from any of the following:

(1) Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

(2) Wear and tear, gradual deterioration or latent defect.

CIC    0062

    Copyright, Insurance Services Office, Inc    00 02 01 97

C 00021

c. Applicable to Accounts Receivable only:

We will not pay for:

(1) Loss or damage caused by or resulting from alteration, falsification, conceal- ment or destruction of records of ac- counts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or with- holding.

(2) Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

(3) Any loss or damage that requires any audit of records or any inventory compu- tation to prove its factual existence.

C. Limits Of Insurance

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insur- ance shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

3. The limits applicable to the Coverage Exten- sions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

4. Building Limit - Automatic Increase

a. The Limit of Insurance for Buildings will automatically increase by the annual per- centage shown in the Declarations.

b. The amount of increase will be:

(1) The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

5. Business Personal Property Limit Seasonal Increase

a. The Limit of Insurance for Business Per- sonal Property will automatically increase by 25% to provide for seasonal variations.

b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values dur- ing the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or dam- age occurs.

D. Deductibles

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declara- tions. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or dam- age under all of the following Optional Cover- ages and the Additional Coverage - Exterior Building Glass in any one occurrence is the Optional Coverage/Exterior Building Glass De- ductible shown in the Declarations:

a. Money and Securities;

b. Employee Dishonesty;

CIC    0063

c. Interior Glass; and

d. Outdoor Signs.

But this Optional Coverage/Exterior Building Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

a. Fire Department Service Charge;

b. Business Income;

c. Extra Expense; and

d. Civil Authority.

E. Property Loss Conditions

1. Abandonment

There can be no abandonment of any property to us.

2. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

CIC    0064

Copyright, Insurance Services Office, In

P 00 02 01 97

C 00023

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5. Limitation - Electronic Media And Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or

b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

Example No. 1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

**6. Loss Payment**

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to d.(1)(e) below.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. Except as provided in (2) through (8) below, we will determine the value of Covered Property as follows:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

(I) The Limit of Insurance under this policy that applies to the lost or damaged property;

(II) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and

ii. Used for the same purpose; or

(III) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

Copyright, Insurance Services Office,

C 00024

CIC    0065

(b) If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

(i) The actual cash value of the lost or damaged property; or

(ii) A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

(c) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(d) We will not pay on a replacement cost basis for any loss or damage:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(e) The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

(2) If the "Actual Cash Value Buildings" option applies, as shown in the Declarations, Paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

(3) The following property at actual cash value:

(a) Used or second-hand merchandise held in storage or for sale;

(b) Property of others, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts;

(e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

CIC    0066

(6) "Valuable papers and records", including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

   (a) Blank materials for reproducing the records; and

   (b) Labor to transcribe or copy the records.

This condition does not apply to "valuable papers and records" that are actually replaced or restored.

(7) Applicable only to the Optional Coverages:

   (a) "Money" at its face value; and

   (b) "Securities" at their value at the close of business on the day the loss is discovered.

(8) Applicable only to Accounts Receivable:

   (a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

     (I) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

     (II) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

   (b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

     (I) The amount of the accounts for which there is no loss or damage;

     (II) The amount of the accounts that you are able to re-establish or collect;

     (III) An amount to allow for probable bad debts that you are normally unable to collect; and

     (IV) All unearned interest and service charges.

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

   (1) We have reached agreement with you on the amount of loss; or

   (2) An appraisal award has been made.

7. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

8. Resumption Of Operations

We will reduce the amount of your:

a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

Copyright, Insurance Services Office, I

CIC     0067

C 00026

### 9. Vacancy

#### a. Description Of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

    (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

    (b) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

        (i) Is not rented; or

        (ii) Is not used to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

#### b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

    (a) Vandalism;

    (b) Sprinkler leakage, unless you have protected the system against freezing;

    (c) Building glass breakage;

    (d) Water damage;

    (e) Theft; or

    (f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

### F. Property General Conditions

#### 1. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

#### 2. Mortgageholders

    a. The term "mortgageholder" includes trustee.

    b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

    c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

        (1) Pays any premium due under this policy at our request if you have failed to do so;

        (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

    e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

        (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

CIC    0068

Copyright, Insurance Services Office,

BP 00 02 01 97

C 00027

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. **No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4. **Policy Period, Coverage Territory**

Under this form:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

G. **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Outdoor Signs**

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

b. Paragraph A.3., Covered Causes Of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:

(1) Paragraph B.1.c., Governmental Action;

(2) Paragraph B.1.d., Nuclear Hazard; and

(3) Paragraph B.1.f., War And Military Action.

c. We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

d. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

2. **Interior Glass**

a. We will pay for direct physical loss of or damage to items of glass that are permanently affixed to the interior walls, floors or ceilings of a covered building or structure at the described premises, provided each item is:

(1) Described in the Declarations as covered under this Optional Coverage; and

(2) Located in the basement or ground floor level of the building or structure, unless the Declarations show that this Optional Coverage is applicable to interior glass at all floors; and

(3) Owned by you, or owned by others but in your care, custody or control.

CIC　　0069

Copyright, Insurance Services Office, Ir

C 00028

b. We will also pay for necessary:

(1) Expenses incurred to put up temporary plates or board up openings;

(2) Repair or replacement of encasing frames; and

(3) Expenses incurred to remove or replace obstructions.

c. Paragraph A.3., Covered Causes Of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:

(1) Paragraph B.1.c., Governmental Action;

(2) Paragraph B.1.d., Nuclear Hazard; and

(3) Paragraph B.1.f., War And Military Action.

d. We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Corrosion; or

(4) Rust.

e. This Optional Coverage supersedes all limitations in this policy that apply to interior glass.

3. Money And Securities

a. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

b. In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

c. The most we will pay for loss in any one occurrence is:

(1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

(a) In or on the described premises; or

(b) Within a bank or savings institution; and

(2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

d. All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

4. Employee Dishonesty

a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

CIC    0070

Copyright, Insurance Services Office, Inc..

00 02 01 97    □

C 00029

(2) The only proof of which as to its existence or amount is:

    (a) An inventory computation; or

    (b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

    (1) Caused by one or more persons; or

    (2) Involving a single act or series of related acts;

is considered one occurrence.

e. We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage does not apply to any employee immediately upon discovery by:

    (1) You; or

    (2) Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

    (1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

    (2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

    (1) This Optional Coverage as of its effective date; or

    (2) The prior insurance had it remained in effect.

5. Mechanical Breakdown

a. We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

    (1) Owned by you or in your care, custody or control; and

    (2) At the described premises.

b. Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

c. None of the following is an Accident:

    (1) Depletion, deterioration, corrosion or erosion;

    (2) Wear and tear;

    (3) Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

    (4) Breakdown of any vacuum tube, gas tube or brush;

    (5) Breakdown of any electronic computer or electronic data processing equipment;

    (6) Breakdown of any structure or foundation supporting the Object or any of its parts;

    (7) The functioning of any safety or protective device; or

    (8) The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

d. Object means any of the following equipment:

    (1) Boiler and Pressure Vessels:

        (a) Steam heating boilers and condensate return tanks used with them;

C 00030

CIC   0071

(b) Hot water heating boilers and expansion tanks used with them;

(c) Hot water supply boilers;

(d) Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

(e) Steam boiler piping, valves, fittings, traps and separators, but only if they:

(i) Are on your premises or between parts of your premises;

(ii) Contain steam or condensate of steam; and

(iii) Are not part of any other vessel or apparatus;

(f) Feed water piping between any steam boiler and a feed pump or injector.

(2) Air Conditioning Units - Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

(a) Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

(b) Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

(c) Vessels heated directly or indirectly that:

(i) Form part of an absorption type system; and

(ii) Function as a generator, regenerator or concentrator;

(d) Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

(e) Control equipment used solely with the system.

e. Object does not mean:

(1) As Boiler and Pressure Vessels:

(a) Equipment that is not under internal vacuum or internal pressure other than weight of contents;

(b) Boiler settings;

(c) Insulating or refractory material; or

(d) Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

(2) As Air Conditioning Units, any:

(a) Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

(b) Wiring or piping leading to or from the unit.

f. We will not pay for an Accident to any Object while being tested.

g. Suspension

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

(1) Your last known address; or

(2) The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

H. Property Definitions

1. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

2. "Operations" means your business activities occurring at the described premises.

3. "Period of restoration" means the period of time that:

a. Begins:

(1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

(2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

CIC     0072

Copyright, Insurance Services Office, In
P 00 02 01 97

C 00031

b. Ends on the earlier of:

    (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    (2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

    (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

6. "Specified Causes of Loss" means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        (1) The cost of filling sinkholes; or

        (2) Sinking or collapse of land into man-made underground cavities.

    b. Falling objects does not include loss of or damage to:

        (1) Personal property in the open; or

        (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

7. "Valuable papers and records" means inscribed, printed, or written:

    a. Documents;

    b. Manuscripts; and

    c. Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean:

    d. "Money" or "Securities";

    e. Converted Data;

    f. Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

CIC    0073

Copyright, Insurance Services Office, I

C 00032

BUSINESSOWNERS
BP 00 06 01 97

# BUSINESSOWNERS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we","us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section C - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - Liability And Medical Expenses Definitions.

## A. Coverages

### 1. Business Liability

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage", "personal injury", or "advertising injury" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section D - Liability And Medical Expenses Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Coverage Extension - Supplementary Payments.

b. This insurance applies:

(1) To "bodily injury" and "property damage" only if:

(a) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(b) The "bodily injury" or "property damage" occurs during the policy period.

(2) To:

(a) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

(b) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

d. Coverage Extension - Supplementary Payments

In addition to the Limit of Insurance we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

(1) All expenses we incur.

(2) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

CIC      0074

       Copyright, Insurance Services Office, Inc

C 00033

(4) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the insured in the "suit".

(6) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(7) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph B.1.b.(2) of Exclusions, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above are no longer met.

CIC    0075

2. Medical Expenses

  a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

    (1) On premises you own or rent;

    (2) On ways next to premises you own or rent; or

    (3) Because of your operations;

    provided that:

      (a) The accident takes place in the "coverage territory" and during the policy period;

      (b) The expenses are incurred and reported to us within one year of the date of the accident; and

      (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  b. We will make these payments regardless of fault. These payments will not exceed the Limit of Insurance. We will pay reasonable expenses for:

    (1) First aid administered at the time of an accident;

    (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

    (3) Necessary ambulance, hospital, professional nursing and funeral services.

B. Exclusions

  1. Applicable To Business Liability Coverage

  This insurance does not apply to:

  a. Expected Or Intended Injury

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

  b. Contractual Liability

    "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    (1) That the insured would have in the absence of the contract or agreement; or

    (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

      (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

      (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

  c. Liquor Liability

    "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

    (1) Causing or contributing to the intoxication of any person;

    (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

    (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

    This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

  d. Workers' Compensation And Similar Laws

    Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

CIC    0076

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

    (a) Whether the insured may be liable as an employer or in any other capacity; and

    (b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

    (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        (i) If the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        (ii) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraph (d)(i) does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost or expense arising out of any:

    (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

CIC    0077

Copyright, Insurance Services Office, Inc.

C 00036

00 06 01 97

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

(a) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(b) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Professional Services

"Bodily injury", "property damage", "personal injury" or "advertising injury" due to rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(5) Any health or therapeutic service treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

CIC     0078

Copyright, Insurance Services Office, In

C 00037

(8) Body piercing services; and

(9) Services in the practice of pharmacy; but this exclusion does not apply to an insured whose operations include those of a retail druggist or drugstore.

k. **Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products - completed operations hazard".

l. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

m. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products - completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

n. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

o. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

p. **Personal Or Advertising Injury**

"Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

CIC    0079

Copyright, Insurance Services Office, Inc

⊃ 00 06 01 97    ☐

C 00038

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; or

(5) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

(6) With respect to any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

q. Advertising Injury

"Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

Exclusions c., d., e., f., g., h., i., k., l., m., n. and o. do not apply to damage by fire or explosion to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Limit of Insurance applies to this coverage as described in Section D., Limits of Insurance.

2. Applicable To Medical Expenses Coverage

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products - completed operations hazard".

g. Excluded under Business Liability Coverage.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage - Nuclear Energy Liability Exclusion

This insurance does not apply:

a. Under Business Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

CIC      0080

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

    (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

    (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

    (a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

    (b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

"By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear facility" means:

(a)Any "nuclear reactor";

(b) Any equipment or device designed or used for:

    (1) Separating the isotopes of uranium or plutonium;

    (2) Processing or utilizing "spent fuel"; or

    (3) Handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

"Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

CIC    0081

Copyright, Insurance Services Office,
C 00040

BP 00 06 01 97

"Waste" means any waste material:

(a) Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

(b) Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs (a) and (b) of the definition of "nuclear facility".

**C. Who Is An Insured**

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

      (1) "Bodily injury" or "personal injury":

      (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

      (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

      (c) For which there is any obligation to share damages with or repay someone else who must pay damages of the injury described in Paragraphs (1)(a) or (1)(b); or

      (d) Arising out of his or her providing or failing to provide professional health care services. However, if you have "employees" who are pharmacists in your retail druggist or drugstore operation, they are insured with respect to their providing or failing to provide professional health care services; or

      (2) "Property damage" to property:

      (a) Owned, occupied or used by,

      (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

CIC    0082

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The most we will pay for the sum of all damages because of all:

a. "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

b. "Personal injury" and "advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

3. The most we will pay under Business Liability Coverage for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire or explosion is the Fire Legal Liability limit shown in the Declarations.

4. **Aggregate Limits**

The most we will pay for:

a. Injury or damage under the "products - completed operations hazard" arising from all "occurrences" during the policy period is the Liability and Medical Expenses limit; and

b. All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is twice the Liability and Medical Expenses limit. This limitation does not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of fire or explosion.

The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

CIC    0083

Copyright, Insurance Services Office, Inc.

C 00042

00 06 01 97    □

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Financial Responsibility Laws

a. When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

b. With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

4. Legal Action Against Us

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

5. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

F. Liability And Medical Expenses Definitions

1. "Advertising injury" means injury arising out of one or more of the following offenses:

a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title or slogan.

CIC    0084

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a. above; or

         (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

      (2) The insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be de- fective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

   (1) The repair, replacement, adjustment or removal of "your product" or "your work"; or

   (2) Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

      Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

CIC    0085

Copyright, Insurance Services Office,
BP 00 06 01 97

C 00044

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

10. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, on which are permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, by or on behalf of its owner, landlord or lessor;

CIC    0086

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

14. "Products - completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

15. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

16. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

17. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

18. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

CIC    0087

Copyright, Insurance Services Office, Inc

C 00046

BP 00 06 01 97 □

19. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

CIC    0088

C 00047

BUSINESSOWNERS
BP 00 09 01 97

# BUSINESSOWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

A. **Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

   (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

      (a) Seasonal unoccupancy; or

      (b) Buildings in the course of construction, renovation or addition.

      Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

   (2) After damage by a covered cause of loss, permanent repairs to the building:

      (a) Have not started, and

      (b) Have not been contracted for,

      within 30 days of initial payment of loss.

   (3) The building has:

      (a) An outstanding order to vacate;

      (b) An outstanding demolition order; or

      (c) Been declared unsafe by governmental authority.

   (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

   (5) Failure to:

      (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

      (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

CIC    0089

Copyright, Insurance Services Office, Ir

C 00048

C. Concealment, Misrepresentation Or Fraud

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

D. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

E. Inspections And Surveys

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

F. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

G. Liberalization

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

H. Other Insurance

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

I. Premiums

1. The first Named Insured shown in the Declarations:

a. Is responsible for the payment of all premiums; and

b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

a. Paid to us prior to the anniversary date; and

CIC    0090

Copyright, Insurance Services Office

C 00049

BP 00 09 01 97

b. Determined in accordance with Paragraph 2. above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

J. **Premium Audit**

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

K. **Transfer Of Rights Of Recovery Against Others To Us**

1. Applicable to Businessowners Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your Covered Property.

b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers. This will not restrict your insurance.

2. Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

L. **Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

BUSINESSOWNERS
BP 01 54 03 99

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

A. The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

B. If this policy covers:

1. The following in a. and b., then Paragraphs 2. and 3. apply:

   a. Real property used principally for residential purposes up to and including a four family dwelling; or

   b. Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

2. The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

   a. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in b. below.

   b. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      (1) You demanded the appraisal; and

      (2) The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

   CONCEALMENT, MISREPRESENTATION OR FRAUD

   a. This policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

      (1) Was made with actual intent to deceive; or

      (2) Materially affected either our decision to provide this insurance or the hazard we assumed.

      However, this condition will not serve as a reason to void this policy after the policy has been in effect for one year or one policy term, whichever is less.

   b. This policy is void if you or any other insured, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

      (1) This policy;

      (2) The Covered Property;

      (3) Your interest in the Covered Property; or

      (4) A claim under this policy.

   c. Notwithstanding the limitations stated in 3.a. above, we may cancel policy in accordance with the terms of the **Cancellation** Condition.

D. The following exclusion is added to Paragraph **B.2. Exclusions** in the Businessowners Standard and Special Property Coverage Forms:

1. We will not pay for loss or damage arising out of any act committed:

   a. By or at the direction of any insured; and

   b. With the intent to cause a loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph D.2., our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

CIC    0092

POLICY NUMBER:  CHB001218

BUSINESSOWNERS
BP 04 04 01 96

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

## SCHEDULE

| Coverage | Additional Premium |
|---|---|
| Hired Auto Liability | 68. |
| Non-Owned Auto Liability | 68. |

A. Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

1. HIRED AUTO LIABILITY

The insurance provided under the Businessowners Liability Coverage Form, Paragraph A.1. Business Liability, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

2. NON-OWNED AUTO LIABILITY

The insurance provided under the Businessowners Liability Coverage Form, Paragraph A.1. Business Liability, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person other than you.

B. For insurance provided by this endorsement only:

1. The exclusions, under the Businessowners Liability Coverage Form, Paragraph B.1. Applicable to Business Liability Coverages, other than exclusions a., b., d., f. and i. and the Nuclear Energy Liability Exclusion, are deleted and replaced by the following:

a. "Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(a) Whether the insured may be liable as an employer or in any other capacity; and

(b) To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

(i) Liability assumed by the insured under an "insured contract"; or

(ii) "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

b. "Property damage" to:

(1) Property owned or being transported by, or rented or loaned to the insured; or

(2) Property in the care, custody or control of the insured,

CIC    0093

Copyright, Insurance Services Office, Inc.

C 00052

2. WHO IS AN INSURED in the Businessowners Liability Coverage Form, Paragraph C., is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

a. You;

b. Any other person using a "hired auto" with your permission;

c. For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

d. Any other person or organization, but only for their liability because of acts or omissions of an insured under a., b. or c. above.

None of the following is an insured:

(1) Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

(2) Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

(3) Any person while employed in or other wise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

(4) The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

(5) Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

C. The following additional definitions apply:

1. "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. "Hired Auto" means any "auto" you lease, hire or borrow. This does not include any "auto" you lease, hire or borrow from any of your "employees" or members of their households, or from any partner or "executive officer" of yours.

3. "Non-Owned Auto" means any "auto" you do not own, lease, hire or borrow which is used in connection with your business. However, if you are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

CIC     0094

   Copyright, Insurance Services Office,   C 00053     BP 04 04 01 96   □

BUSINESSOWNERS
BP 04 17 01 96

~~THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.~~

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

The following exclusion is added to Section B. EX-CLUSIONS of the Businessowners Liability Coverage Form:

This insurance does not apply to:

1. "Bodily injury" or "personal injury" to:

   a. A person arising out of any:

      (1) Refusal to employ that person;

      (2) Termination of that person's employ-ment; or

      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal injury" to that person at whom any of the employment-related prac-tices described in paragraphs (1), (2) or (3) above is directed.

This exclusion applies:

a. Whether the insured may be liable as an employer or in any other capacity; and

b. To any obligation to share damages with or repay someone else who must pay dam-ages because of the injury.

CIC    0095

Copyright, Insurance Services Office, Inc.,

C 00054

POLICY NUMBER:  CHB001218

BUSINESSOWNERS<br>BP 04 30 01 96

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

### SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|-----------|-----------|------------------------------------------|
| 1 | 1 | P-9 |

Describe any "P-9": FUNCTIONAL SMOKE DETECTORS IN ALL UNITS

A. The following is added to the Property General Conditions in the Businessowners Property Coverage Form:

PROTECTIVE SAFEGUARDS

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

  a. "P-1" Automatic Sprinkler System, including related supervisory services.

  Automatic Sprinkler System means:

  (1) Any automatic fire protective or extinguishing system, including connected:

    (a) Sprinklers and discharge nozzles;

    (b) Ducts, pipes, valves and fittings;

    (c) Tanks, their component parts and supports; and

    (d) Pumps and private fire protection mains.

  (2) When supplied from an automatice fire protective system;

    (a) Non-automatic fire protective systems; and

    (b) Hydrants, standpipes and outlets.

  b. "P-2" Automatic Fire Alarm, protecting the entire building, that is:

    (1) Connected to a central station; or

    (2) Reporting to a public or private fire alarm station.

  c. "P-3" Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

  d. "P-4" Service Contract with a privately owned fire department providing fire protection service to the described premises.

  e. "P-9" The protective system described in the Schedule.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

CIC    0096

B.  The following is added to the EXCLUSIONS
    section of the BUSINESSOWNERS PROPERTY
    COVERAGE FORM;

    We will not pay for loss or damages caused by or
    resulting from fire if, prior to the fire, you:

    1. Knew of any suspension or impairment in any
       protective safeguard listed in the Schedule
       above and failed to notify us of that fact; or

    2. Failed to maintain any protective safeguard
       listed in the Schedule above, and over which
       you had control, in completed working order.

    If part of an Automatic Sprinkler System is shut off
    due to breakage, leakage, freezing conditions or
    opening of sprinkler heads, notification to us will
    not be necessary if you can restore full pro-
    tection within 48 hours.

CIC    0097

          Copyright, Insurance Services Office, I

C 00056          BP 04 30 01 96      ☐

BUSINESSOWNERS
BP 05 12 01 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ~~EXCLUSION OF TERRORISM (WITH LIMITED EXCEPTION)~~ AND EXCLUSION OF WAR AND MILITARY ACTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM

A. The **War And Military Action Exclusion** is replaced by the following exclusion. With respect to any Coverage Form to which the War And Military Action Exclusion does not apply, that exclusion is hereby added as follows.

### WAR AND MILITARY ACTION EXCLUSION

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. War, including undeclared or civil war; or

2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

B. Regardless of the amount of damage and losses, the Terrorism Exclusion applies to any incident of terrorism:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3. In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

Except as provided in B.1., B.2. or B.3. above, the Terrorism Exclusion will only apply to an incident of terrorism in which the total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of terrorism which occur within a 72-hour period and appear to be carried out in concert or to have a related purposed or common leadership will be deemed to be one incident.

The preceding paragraph describes the threshold used to measure the magnitude of an incident of terrorism and the circumstances in which the threshold will apply, for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of terrorism, there is no coverage under this Coverage Form.

In the event of any incident of terrorism that is not subject to the Terrorism Exclusion, coverage does not apply to any element of loss or damage that is otherwise excluded under this Coverage Form.

CIC     0098

## TERRORISM EXCLUSION

We will not pay for loss or damage caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But if terrorism results in fire, we will pay for the loss or damage caused by that fire. However, this exception for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under the Business Income and/or Extra Expense Additional Coverages.

Terrorism means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

But with respect to any such activity that also comes within the terms of the War And Military Action Exclusion, that exclusion supersedes this Terrorism Exclusion.

In the event of an incident of terrorism that involves nuclear reaction or radiation, or radioactive contamination, this Terrorism Exclusion supersedes the Nuclear Hazard Exclusion.

Copyright, ISO Properties, Inc.

CIC    0099

C 00058    BP 05 12 01 02

BUSINESSOWNERS
BP 05 13 01 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAR OR TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

A. Paragraph B.1.i. Exclusions is replaced by the following:

1. Applicable To Business Liability Coverage

   This insurance does not apply to:

   i. War Or Terrorism

   "Bodily injury", "property damage", "personal injury" or "advertising injury" arising directly or indirectly out of:

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;

   (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

   (4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism";

   regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

   However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

(1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

(2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   (a) Physical injury that involves a substantial risk of death; or

   (b) Protracted and obvious physical disfigurement; or

   (c) Protracted loss of or impairment of the function of a bodily member or organ; or

(3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

(4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

CIC    0100

(5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Form.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

B. Paragraph B.2.h. Exclusions Applicable To Medical Expenses Coverage does not apply.

C. The following definition is added to Paragraph F. Liability And Medical Expenses Definitions:

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

CIC    0101

© ISO Properties, Inc., 20    C 00060    BP 05 13 01 02

BUSINESSOWNERS
BP 10 04 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD AND SPECIAL PROPERTY COVERAGE FORMS including any attached endorsement that may provide specialized coverage on computers.

The following exclusion is added to Paragraph B., Exclusions in the Businessowners Standard and Special Property Coverage Forms:

1. We will not pay for loss or damage, caused by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

   a. The failure, malfunction or inadequacy of:

      (1) Any of the following, whether belonging to any insured or to others:

         (a) Computer hardware, including microprocessors or other Electronic Data Processing Equipment as may be described elsewhere in this policy;

         (b) Computer application software or other Electronic Media and Records as may be described elsewhere in this policy;

         (c) Computer operating systems and related software;

         (d) Computer networks;

         (e) Microprocessors (computer chips) not part of any computer system; or

         (f) Any other computerized or electronic equipment or components; or

      (2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 1.a.(1) of this endorsement;

      due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph 1.a. of this endorsement.

2. If excluded loss or damage, as described in Paragraph 1.a. of this endorsement results in:

   a. A "Specified Cause of Loss" under the Businessowners Special Property Coverage Form; or

   b. A Covered Cause of Loss under the Businessowners Standard Property Coverage Form;

   we will pay only for the loss or damage caused by such "Specified Cause of Loss" or Covered Cause of Loss.

3. We will not pay for repair, replacement or modification of any items in 1.a.(1) or 1.a.(2) of this endorsement to correct any deficiencies or change any features.

CIC    0102

Copyright, Insurance Services Office, Inc

C 00061

BUSINESSOWNERS
BP 10 05 04 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION — YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph B., Exclusions in the Businessowners Liability Coverage Form:

1. This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising directly or indirectly out of:

   a. Any actual or alleged failure, malfunction, or inadequacy of:

      (1) Any of the following, whether belonging to any insured or to others:

         (a) Computer hardware, including microprocessors or other Electronic Data Processing Equipment as may be described elsewhere in the policy;

         (b) Computer application software or other Electronic Media and Records as may be described elsewhere in the policy;

         (c) Computer operating systems and related software;

         (d) Computer networks;

         (e) Microprocessors (computer chips) not part of any computer system; or

         (f) Any other computerized or electronic equipment or components; or

      (2) Any other products and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 1.a.(1) of this endorsement

      due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

   b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph 1.a. of this endorsement.

CIC    0103

Copyright, Insurance Services Office, Inc

C 00062

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ~~ILLINOIS CHANGES~~
## CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS POLICY
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART

A. The CANCELLATION Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in paragraphs 9. and 10. below, we may cancel this policy by mailing written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in paragraphs 9. and 10. below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. **REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

CIC    0104

IL 02 84 05 90          Copyright, Insurance Services Office, Inc., 1990
Copyright, ISO Commercial Risk Services, Inc., 1990

Page 1 of 2      □

C 00063

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION — ASBESTOS, SILICA DUST, TOXIC SUBSTANCES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following exclusion is **added** to Paragraph 2., Exclusions of COVERAGE (Section I - Coverages)
This insurance does not apply to:

"Bodily injury", "personal and advertising injury" or medical payments caused by asbestosis, silicosis, mesothelioma, emphysema, pneumoconiosis, pulmonary fibrosis, pleuritis, endothelioma or any lung disease or any ailment caused by, or aggravated by exposure, inhalation, consumption or absorption of asbestos fibers or dust or silica dust;

Any "property damage" due to or arising out of the actual or alleged presence of asbestos or silica dust in any form, including the costs of remedial investigations or feasibility studies, or to the costs of testing, monitoring, cleaning or removal of any property or substance; or

"Bodily injury", "property damage", "personal and advertising injury" or medical payments or any other action based upon the insured(s) supervision, removal, instructions, recommendations, warranties (express or implied), warnings or advice given, or withheld regarding asbestos fibers or dust or silica dust.

All other Terms and Conditions of this Insurance remain unchanged.

NCP-06 06 00

CIC    0105

C 00065

LIABILITY ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ~~EXCLUSION — LEAD CONTAMINATION~~

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following exclusion is **added** to EXCLUSIONS:

This insurance does not apply to:

"Bodily injury", or "property damage" arising out of the ingestion, inhalation or absorption of lead in any form;

Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

Any loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

All other Terms and Conditions of this Insurance remain unchanged.

NCP-07 06 00

CIC    0106

C 00066

# POLICY BANNER PAGE

**POLICY NUMBER:**

**INSURED:**

## POLICY FORMS ARE COMPLETE

CIC     0107

C 00067

POLICY NUMBER:  CHB001218

BUSINESSOWNERS
BP 12 01 01 97

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## BUSINESSOWNERS POLICY CHANGES 01

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW.

| POLICY NUMBER<br>CHB001218 | POLICY CHANGES EFFECTIVE<br>06/30/02 | COMPANY<br>CONSTITUTION INSURANCE COMPANY |
|---|---|---|
| NAMED INSURED<br>THE KOPLEY GROUP X, LLC | | AUTHORIZED REPRESENTATIVE<br>THE JACK NEBEL COMPANIES |

### CHANGES

IN CONSIDERATION OF THE PREMIUM CHARGED IT IS HEREBY AGREED AND UNDERSTOOD THAT THE ADDRESS FOR PREM. #1 BLDG #1 IS AMENDED TO READ AS FOLLOWS:

2101-19 EAST 67TH STREET
CHICAGO, IL

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.
08/12/02  BAF

### POLICY AMOUNT AND PREMIUM ADJUSTMENT

| Coverage Description | Limits Of Insurance | | Premiums | | |
|---|---|---|---|---|---|
| | Previous Limit Of Insurance | New Limit Of Insurance | Previous Premium | New Premium | ☐ Add'l Premium<br>☐ Return Premium |
| | $ | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CIC    0108

Copyright, Insurance Services Office, Ir
INSURED

C 00068

**OPTIONAL COVERAGES**

The following optional coverages are added under this policy when designated by an "X" in the box(es) shown below.

☐ Add'l Premium

| | Limits Of Insurance | ☐ Return Premium |
|---|---|---|
| ☐  Outdoor Signs | $ | $ |
| ☐  Interior Glass<br>☐ Basement/ground floor level<br>☐ All floors | None | |
| ☐  Burglary and Robbery<br>(Standard Form only)<br>or<br>☐  Money and Securities<br>(Special Form only) | $_____    Inside the Premises<br><br>$_____    Outside the Premises | |
| ☐  Employee Dishonesty | _____    each occurrence | |
| ☐  Mechanical Breakdown | Included | |

Additional Coverages – Exterior Building Glass – Tenants Exterior Building Glass Limit Of Insurance

Limit of Insurance  $

| TOTAL PREMIUM ADJUSTMENTS | |
|---|---|
| PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE | |
| ADDITIONAL | RETURN |
| $ | $ |

**REMOVAL PERMIT**  If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change: after that, this insurance does not apply at the previous location.

_____
Authorized Representative Signature

CIC    0109

     Copyright, Insurance Services Office     BP 12 01 01 97    ☐

C 00069

POLICY NUMBER:  CHB001218

BUSINESSOWNERS
BP 12 01 01 97

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## BUSINESSOWNERS POLICY CHANGES 02

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW.

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CHB001218 | 09/03/02 | CONSTITUTION INSURANCE COMPANY |
| NAMED INSURED<br>THE KOPLEY GROUP X, LLC | | AUTHORIZED REPRESENTATIVE<br><br>THE JACK NEBEL COMPANIES |

<table>
<tr><td colspan="3" align="center">CHANGES</td></tr>
<tr><td colspan="3">IN CONSIDERATION OF A RETURN PREMIUM OF $8,555.00; IT IS HEREBY<br>AGREED AND UNDERSTOOD THAT THIS POLICY IS CANCELLED FOR MULTIPLE<br>SUSPICIOUS FIRE LOSSES ON ACCOUNT FOR THE INSURED - NOT ACCEPTIBLE<br>TO THE COMPANY.<br><br>PRO-RATED: 0.822<br><br><br><br>ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.<br>09/09/02  BAF</td></tr>
</table>

### POLICY AMOUNT AND PREMIUM ADJUSTMENT

| Coverage Description | Limits Of Insurance | | Premiums | | |
|---|---|---|---|---|---|
| | Previous Limit Of Insurance | New Limit Of Insurance | Previous Premium | New Premium | ☐ Add'l Premium<br>☐ Return Premium |
| | $ | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CIC    0110

Copyright, Insurance Services Office, In
INSURED

C 00070

**OPTIONAL COVERAGES**

The following optional coverages are added under this policy when designated by an "X" in the box(es) shown below.

☐ Add'l Premium

| | Limits Of Insurance | ☐ Return Premium |
|---|---|---|
| ☐  Outdoor Signs | $ | $ |
| ☐  Interior Glass<br>   ☐ Basement/ground floor level<br>   ☐ All floors | None | |
| ☐  Burglary and Robbery<br>   (Standard Form only)<br>   or<br>☐  Money and Securities<br>   (Special Form only) | $_____    Inside the Premises<br><br>$_____    Outside the Premises | |
| ☐  Employee Dishonesty | _____    each occurrence | |
| ☐  Mechanical Breakdown | Included | |

Additional Coverages —  Exterior Building Glass —  Tenants Exterior Building Glass Limit Of Insurance

Limit of Insurance  $

| TOTAL PREMIUM ADJUSTMENTS | |
|---|---|
| PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE | |
| ADDITIONAL | RETURN |
| $ | $   8,555 |

**REMOVAL PERMIT**  If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed.  This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

_____
Authorized Representative Signature

CIC    0111

Copyright, Insurance Services Office          BP 12 01 01 97      ☐

C 00071

FILED: AUGUST 13, 2008
08CV4584
JUDGE DOW, JR
MAGISTRATE JUDGE SCHENKIER
JFB

# Exhibit C

# ACORD™ BUSINESS OWNERS APPLICATION

**DATE** 04/22/2002

| PRODUCER | PHONE (A/C, No, Ext): 847-562-1010 |
|---|---|

Peter A Mikuzis & Associates
910 Skokie Blvd. #203
Northbrook, IL 60062

| COMPANY | CONSTITUTION | NAIC CODE |
|---|---|---|
| COMPANY POLICY OR PROGRAM NAME | BUSINESOWNERS | PROGRAM CODE: |

| CODE: | SUBCODE: |
|---|---|
| AGENCY CUSTOMER ID | |

| | X | NEW | **EFFECTIVE DATE** 05/21/02 | **EXPIRATION DATE** 05/21/03 | **DIRECT BILL** | **PAYMENT PLAN** |
|---|---|---|---|---|---|---|
| | | RNWL | | | X AGENCY BILL | ANNUAL |
| | X | QUOTE | ISSUE POLICY | POLICY TYPE | | DEPOSIT |
| | | BOUND (DATE): | | STD  X SPEC  OTHER | $ | |

## APPLICANT INFORMATION

**NAME (First Named Insured)**
THE KOPLEY GROUP X, LLC

| | INDIVIDUAL | X LIMITED CORPORATION | GL CODE | SIC | FEDERAL ID # |
|---|---|---|---|---|---|
| | PARTNERSHIP | JOINT VENTURE | | | |
| | CORPORATION | OTHER | | | |

**MAILING ADDRESS (INCLUDING ZIP+4)**
5206 NORTH SHERIDAN RD
CHICAGO, IL 60640

| CONTACT FOR INSPECTION | PHONE (A/C, No, Ext): 773-769-2400 |
|---|---|
| NICK KOPLEY | |
| CREDIT BUREAU NAME | ID NUMBER |

## NATURE OF BUSINESS

| | OFFICE | RETAIL | X APARTMENTS | RESTAURANT | YRS IN BUS 01 | CLASS CODE | RATE # | RATE GROUP |
|---|---|---|---|---|---|---|---|---|
| | SERVICE | WHOLESALE | CONDOMINIUMS | CONTRACTOR | | | | |

| # OF EMPLOYEES 0 | HOURS OF OPERATION | ANNUAL SALES/RECEIPTS $ | TOTAL PAYROLL $ |
|---|---|---|---|

**DESCRIPTION OF OPERATIONS/ OCCUPANCY**
66 UNIT APRTMENT BUILDING WITH NO MERCANTILE SPACE.
BUILDING HAS SIX SEPARATE FIRE DIVISIONS

## PREMISES

| ADDRESS (Street, City, State) | PREM #: 01 | BLDG #: 01 | CHECK IF PRIMARY PREMISES | INTEREST | AREA OCCUPIED | SURROUNDING EXPOSURES & OTHER OCCUPANCES |
|---|---|---|---|---|---|---|

2101-11 EAST 67TH STREET
CHICAGO, ILLINOIS

| X OWNER | PERCENTAGE 100% | RT STREET ADJACENT |
|---|---|---|
| TENANT | | LFT JOISTED MASONRY APTS ADJT |
| YEAR BUILT 1930 | SQUARE FEET 45,000 | REAR ALLEY ADJACENT |
| | | ANY AREA LEASED? X YES  NO |

| COUNTY: COOK | ZIP: 60649 | PROT CLASS 02 | RATE TERR 01 | DISTANCE TO HYDRANT 200 FT | FIRE STAT 2 MI | FIRE DISTRICT/CODE NUMBER CHICAGO FD | INSIDE CITY LIMITS? X YES  NO |
|---|---|---|---|---|---|---|---|

## PROPERTY

| BLDG | LIMIT $3,200,000 | % COINS NA | VALU- ATION: | X RC  FVRC | ACV | INFL % | DEDUCTIBLE $ 5,000 | CONSTRUCTION TYPE JOISTED MASONRY | TOT SQ FT AREA 45,000 |
|---|---|---|---|---|---|---|---|---|---|
| PERS PROP | LIMIT $ | % COINS | VALU- ATION: | RC  FVRC | ACV | (N/A) | DEDUCTIBLE $ | # APT UNITS 66 | # STORIES 03 | % SPRNK 0 | BASEMENT PRESENT? X YES  NO |

| PERS PROP | # APT UNITS 66 | # STORIES 03 | % SPRNK 0 | BASEMENT PRESENT? X YES  NO |
|---|---|---|---|---|
| | | | IS IT FINISHED? YES X NO | |

| BUILDING IMPROVEMENTS | WIRING YEAR 1998 | ROOFING YEAR 1998 | PLUMBING YEAR 1998 | HEATING YEAR 2000 | ROOF TYPE APPROVED | BLDG CODE GRADE | COMM  SPEC | TAX CODE | WIND CLASS | RESISTIVE  SEMI-RESISTIVE  OTHER |
|---|---|---|---|---|---|---|---|---|---|---|

## LIABILITY (Choose the limit options compatible with the program you are requesting)

| COMBINED SINGLE LIMIT | $ 1,000,000 | | $ | HIRED AUTO | $ 1,000,000 |
|---|---|---|---|---|---|
| BODILY INJURY & PROP DAMAGE | OCCURRENCE | $ 1,000,000 | PROFESSIONAL LIABILITY $ | NON-OWNED AUTO | $ 1,000,000 |
| | AGGREGATE | $ 2,000,000 | LIQUOR LIABILITY $ | EMPLOYEE BENEFITS | $ |
| MEDICAL EXPENSE (PER PERSON) | $ | 5,000 | $ | | $ |
| FIRE DAMAGE | $ | 50,000 | $ | | $ |
| DEDUCTIBLE | $ | % APPLICABLE TO: | $ | % APPLICABLE TO: | |

| CLASSIFICATION | CLASS CODE | PREMIUM BASIS | | BASIS CODE | (S) gross sales - per $1,000/sales |
|---|---|---|---|---|---|
| APARTMENT BUILDING WITH NO MERCANTILE space | | AMOUNT $ 66 | | u | (P) payroll - per $1,000/pay (A) area - per 1,000/sq ft (C) total cost - per $1,000/cost (M) admissions - per 1,000/adm (U) unit - per unit    (T) other |
| | | $ | | | |
| | | $ | | | |

## PRIOR POLICY(IES)/LOSS HISTORY

See attached loss summary

| PREVIOUS CARRIER GREENWICH | POLICY NUMBER ZNA 006864 | TOTAL PREMIUM 10,022.0 | EXP DATE 05/21/02 | # LOSSES LAST 3 YRS 01 | TOTAL LOSSES $ 100,000 |
|---|---|---|---|---|---|

**DESCRIPTION OF LOSSES, WHETHER OR NOT INSURED (Date, cause, amt paid, claim status)**
FIRE LOSS ON 03/14/02 CAUSED BY TENANT APPARENTLY LEAVING COOKING STOVE
UNATTENDED. MOSTLY SMOKE AND WATER DAMAGE TO APPROXIMATELY 4 APTS.
AREA IS SECURED & WORK IS IN PROGRESS WITH COMPLETION PROJECTED WITHIN 60 DAYS

ACORD 160 (7/98)    PLEASE COMPLETE REVERSE SIDE    © ACORD CORPORATION 1993

Exhibit No. 19
CLIENT/AO REPORTING 800-232-0265

## ADDITIONAL COVERAGES - Total Amount of Coverage Desired

| COVERAGE | TOTAL AMOUNT | DED | END #s | COVERAGE | TOTAL AMOUNT | DED | END #s | COVERAGE | TOTAL AMOUNT | DED | END #s |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EXTRA EXP | $ALS 1 YR | $ | | MONEY & SEC-INSIDE | $ | | | | $ | $ | |
| LOSS OF INC | $ALS 1 YR | $ | | MONEY & SEC-OUTSIDE | $ | $ | | | $ | $ | |
| VAL PAPERS | $ | $ | | SPOILAGE | $ | $ | | | $ | $ | |
| ACCNTS REC | $ | $ | | COMPUTERS | $ | $ | | | $ | $ | |
| SIGN | $ | $ | | ORD OR LAW | $ | $ | | B & M BASIC | $ | $ | |
| EMPL DISHON | $ | $ | | ERISA | $ | $ | | B & M BROAD | $ | $ | |
| BRG/ROB STK | $ | $ | | FLOOD | $ | $ | | B & M SPOILAGE | $ | $ | |
| BRG/ROB MNY | $ | $ | | EARTHQUAKE | $ | $ | | | $ | $ | |

| GLASS | LOCATION IN BUILDING | # PANES | AREA SQ FT | LENGTH LINEAR FT | GLASS TYPE | INTERIOR | TENANTS EXT | VALUE | DED |
|---|---|---|---|---|---|---|---|---|---|
| | GROUND FLOOR GLASS | | | | | | | $ | $ |
| | ABOVE GROUND FLOOR GLASS | | | | | | | $ | $ |

## GENERAL INFORMATION

| PLEASE EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 1. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X |
| 2. ARE ATHLETIC TEAMS SPONSORED? | | X |
| 3. ARE CERTIFICATES OF INSURANCE REQUIRED FROM SUB CONTRACTORS? IF SO, WHO CHECKS THEM? AGENT | X | |
| 4. DURING THE LAST TEN YEARS, HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 5. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? NOT APPLICABLE IN MO | | X |
| 6. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 7. ANY WORKERS COMPENSATION CARRIED? | X | |
| 8. DO YOU OWN OR OPERATE ANY OTHER BUSINESS? | | X |
| 9. IS THERE A SWIMMING POOL ON THE PREMISES? (IF YES, FENCED, LIMITED ACCESS, DIVING BOARD OR SLIDE, LIFE GUARD? | | X |
| 10. ANY OTHER INSURANCE WITH THIS COMPANY? (LIST POLICY NUMBERS) | X | |

| PLEASE EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 11. ARE YOU INVOLVED IN MANUFACTURING, MIXING, RELABELING OR REPACKAGING OF PRODUCTS? | | X |
| 12. DO YOU RENT OR LOAN EQUIPMENT TO OTHERS? | | X |
| 13. FOR RETAIL STORES, DOES INSTALLATION, SERVICE OR REPAIR WORK ACCOUNT FOR MORE THAN 15% OF RECEIPTS? | | X |
| 14. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |

DESC ANY LOCATION/BUSINESS INTEREST OWNED/OPERATED BY INSURED BUT NOT LISTED

10. SEE POLICY CHB 000540 EXP 11/09/02
    POLICY CHB 000758 EXP 02/12/03

## MECHANICAL EQUIPMENT

| | YES | NO |
|---|---|---|
| 1. DOES APPLICANT HAVE A HEATING OR PROCESSING BOILER? (IF YES, INDICATE DATE OF LAST INSPECTION) | X | |
| 2. CURRENT CARRIER FOR BOILER & MACHINERY COVERAGE: 2001 | | |

| | YES | NO |
|---|---|---|
| 3. ANY SPECIALIZED EQUIPMENT, SUCH AS MEDICAL EQUIPMENT OR OTHER, VALUED OVER $100,000? IF YES, DESCRIBE. | | X |
| 4. IS ALL EQUIPMENT INSPECTED ANNUALLY AND WELL MAINTAINED? | X | |

## SPECIALTY PROGRAMS

### APARTMENTS AND CONDOMINIUMS

| | YES | NO |
|---|---|---|
| 1. IS THERE A PLAYGROUND ON PREMISES? | | X |
| 2. IS ALUMINUM WIRE USED? (IF YES, DESCRIBE PROTECTION) | | X |
| 3. # UNITS PER BUILDING OR FIRE DIVISION: 8-9  # OWNER OCCUPIED: 0 | | |
| 4. INDICATE WHERE COVERAGE APPLIES TO: BARE WALLS [X] FINISHED WALLS | | |
| 5. SMOKE DETECTORS: NONE [X] BATTERY WIRED | | |
| 6. ATTACH COPY OF CONDO ASSOCIATION BYLAWS IF D&O COVERAGE IS REQUESTED. | | |
| 7. IS DEVELOPER OR CONTRACTOR A BOARD MEMBER? | | |
| 8. IS A PROPERTY MANAGER EMPLOYED? | | |

RESTAURANTS

(ATTACH ACORD 185 FOR EACH LOCATION)

CONTRACTORS

(ATTACH ACORD 186 FOR EACH LOCATION)

PROFESSIONAL LIABILITY

(ATTACH ACORD 187 FOR BARBER AND BEAUTY SHOPS, FUNERAL HOMES, OPTICAL AND HEARING AID ESTABLISHMENTS, PRINTERS OR VETERINARIANS)

## CRIME

| ALARM TYPE | ALARM DESCRIPTION | GRADE | EXTENT OF PROTECTION | | SAFE/VAULT/RECEPTACLE MANUFACTURER'S NAME | LABEL |
|---|---|---|---|---|---|---|
| HOLD-UP | LOCAL GONG | | SAFE/VAULT | PREMISES ALARM | | UL |
| PREMISES | CNTRL STAT W KEYS | | PARTIAL | 1  2  3 | | SMNA |
| SAFE/VAULT | CNTRL STAT W/O KEYS | | COMPLETE | | | CLASS |
| | POLICE CONNECT | CERT #: | EXP DATE: | | | |

| MAXIMUM CASH ON PREMISES | MAXIMUM CASH WITH MESSENGER | MONEY ON PREMISES OVERNIGHT | FREQUENCY OF DEPOSITS | DEADBOLT CYLINDER DOOR LOCKS? | SAFE DOOR CONSTRUCTION |
|---|---|---|---|---|---|
| $ | $ | $ | | [X] YES  NO | |

OTHER PROTECTION (Lighting, fences, watchpersons, etc)  BUILDING EQUIPPED WITH SECURITY ENTRANCE SYSTEM LIMITING ACCESS TO TENANTS AND GUESTS.

## ADDITIONAL INTEREST

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | [X] CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | PREMISES: 01  BUILDING: 01 |
| LOSS PAYEE | | THE NORTHERN TRUST COMPANY | | | VEHICLE:  BOAT: |
| [X] MORTGAGEE | | ISAOA | | | SCHEDULED ITEM NUMBER: |
| LIENHOLDER | | 265 EAST DEERPATH | | | OTHER |
| EMPLOYEE AS LESSOR | | LAKE FOREST, ILLINOIS 60045 | | | |
| | | ITEM DESCRIPTION: | | | |

ACORD 160 (7/98)

REMARKS

NOTICE OF INSURANCE INFORMATION PRACTICES
PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTION ON HOW TO SUBMIT A REQUEST TO US.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CON-CERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR; IN ME AND VA, INSURANCE BENEFITS MAY ALSO BE DENIED)

| APPLICANT'S SIGNATURE | | DATE | PRODUCER'S SIGNATURE | |
|---|---|---|---|---|

ACORD 160 (7/98)

FILED: AUGUST 13, 2008
08CV4584
JUDGE DOW, JR
MAGISTRATE JUDGE SCHENKIER
JFB

# Exhibit D

# Affidavit

The undersigned, as duly authorized representative of  General Casualty Company of Illinois,  hereby certifies that the attached Insurance Policy is a true and exact  copy of Policy Number | ...... CCI 0339275 ..................................... issued to

| ... The Kopley Group Inc ........................... of | ..5206 N Sheridan Rd ..................... and
Chicago   IL   60640

in effect | ....... 02-12-02 to 02-12-03 ........................... and that the attached policy contains the exact same provisions of the Policy.

General Casualty Company of Illinois

By: | _Joseph D Puterbaugh_

Joseph D Puterbaugh
Commercial Lines Manager

State of Illinois            }
County of Stephenson}

Subscribed and sworn to before me on this | ............. day of | ................................

............................................................................
Notary Public

CCI0339275

GENERAL CASUALTY CO OF IL



2900 PEARL CITY ROAD
FREEPORT IL 61032
PHONE NUMBER: (815) 235-8900

# COMPREHENSIVE INSURANCE POLICY

THE KOPLEY GROUP INC

5206 N SHERIDAN RD
CHICAGO IL   60640              60640

---

**Your Independent Agent Is:**

CARLSON MIKUZIS & TAYLOR INC

910 SKOKIE BLVD STE 203
NORTHBROOK IL     031 60062
PHONE NUMBER: (847) 562-0900

**Our Regional Office:**

2900 PEARL CITY ROAD
FREEPORT IL  61032
PHONE NUMBER: (815) 235-8900
FAX NUMBER:   (815) 266-6670

A member of the
"Winterthur" Swiss Insurance Group

CI 79 00 04 00

# Comprehensive Insurance Policy Quick Reference

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| Policy Period | This policy period begins at 12:01 a.m. standard time at the named insured's mailing address on the date shown in the Declarations. |
| --- | --- |

## This Comprehensive Insurance Policy consists of one or more Coverage Part(s). Each Coverage Part consists of several items as described below:

| Declaration Pages | The Declarations list the named insured, policy period, the coverages provided and the limits of insurance. They also show the forms and endorsements that apply to this policy. |
| --- | --- |
| Coverage Parts | Each Coverage Part is made up of a Coverage Form and Declaration(s), and is subject to the Common Policy Conditions. The Coverage Form describes the nature and extent of coverage provided. It also includes any conditions that apply specifically to that Coverage Part. |
| Additional Provisions or Exclusions | This policy may be modified by additional provisions or exclusions. When this happens, the forms which contain those provisions or exclusions will be found after the Coverage Forms. The form numbers will also appear on the Declarations. |
| Common Policy Conditions and Conditions specific to individual Coverage Parts | This policy contains a Common Policy Conditions Form which lists those conditions which apply to all Coverage Parts written in the policy. Forms listing conditions which apply to individual coverage parts also appear on the Declarations. |

This quick reference is not part of the Comprehensive Insurance Policy and does not provide coverage. Please read the Comprehensive Insurance Policy itself for actual contractual provisions.

In witness whereof, the Company designated on the Declaration page has caused this policy to be signed by its president and secretary, but this policy shall not be valid unless completed by the attachment hereto of a Declaration page and countersigned on the aforesaid Declaration page by a duly authorized representative of the company.

*John G. Bolloch*

*Anne Brouwers Smith*

President, General Casualty Insurance Companies        Secretary, General Casualty Insurance Companies

CI 79 00 04 00

CCI 0339275
PAGE 1 OF 1

ORIGINAL COPY
COMPREHENSIVE INSURANCE POLICY

**general casualty**

ACCOUNT NO. 9123618724
REINSTATEMENT OF COVERAGE -- EFFECTIVE 10/02/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 01 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL    60640 | CARLSON MIKUZIS & TAYLOR INC<br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL    031<br><br>                    60062 |

```
---S T A T E M E N T   O F   A C C O U N T---    CCI0339275 0111 MONTHLY BILL
                                                      THE KOPLEY GROUP INC


TOTAL PREMIUM DUE ...........    $1,405.85




THIS IS NOT A BILL....BILLING INFORMATION WILL BE MAILED SEPARATELY.


YOUR INDEPENDENT AGENT IS WORKING FOR YOU

  ISSUE DATE - 10/08/2002
```

GAINGC 6/97

N O T I C E   O F   C A N C E L L A T I O N
OF COMMERCIAL PACKAGE POLICY

POLICY NUMBER:          CCI0339275 01
CANCELLATION EFFECTIVE: 12:01 AM   10/02/2002
DATE OF NOTICE:         07/29/2002
    GENERAL CASUALTY CO OF IL
    2900 PEARL CITY ROAD                EARNED PREMIUM        $2,452.15
    FREEPORT  IL  61032


    THE KOPLEY GROUP INC           32

    5206 N SHERIDAN RD
    CHICAGO IL      60640            POLICY ISSUED TO-
                                     THE KOPLEY GROUP INC

                                     5206 N SHERIDAN RD
                                     CHICAGO IL      60640

                                     CBS ACCOUNT NO.  KOPL-FCE972

YOU ARE HEREBY NOTIFIED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE ABOVE
MENTIONED POLICY, AND IN ACCORDANCE WITH LAW, THAT YOUR INSURANCE WILL CEASE AT
AND FROM THE HOUR AND DATE MENTIONED ABOVE.

REASON FOR CANCELLATION---FAILURE TO SUPPLY AUDIT INFORMATION.  LOSS RUNS
                          ATTACHED.

IF THE PREMIUM HAS BEEN PAID, PREMIUM ADJUSTMENT WILL BE MADE AS SOON AS
PRACTICABLE AFTER CANCELLATION BECOMES EFFECTIVE.

IF THE PREMIUM HAS NOT BEEN PAID, A BILL FOR THE PREMIUM EARNED TO THE TIME OF
CANCELLATION WILL BE FORWARDED IN DUE COURSE.

ILLINOIS FAIR PLAN ASSOCIATION (APPLIES TO POLICIES PROVIDING FIRE, EXTENDED
COVERAGE AND VANDALISM AND MALICIOUS MISCHIEF INSURANCE, INCLUDING HOMEOWNER'S
INSURANCE): YOU HAVE BEEN NOTIFIED HEREWITH THAT THIS COMPANY WILL NO LONGER BE
CARRYING YOUR INSURANCE. IF YOU WISH TO REPLACE YOUR POLICY YOU SHOULD MAKE AN
EFFORT TO OBTAIN INSURANCE THROUGH ANOTHER COMPANY IN THE NORMAL MARKET. IF YOU
HAVE DIFFICULTY IN PROCURRING REPLACEMENT COVERAGE IN THE NORMAL MARKET YOU
POSSIBLY MAY OBTAIN INSURANCE THROUGH THE ILLINOIS FAIR PLAN ASSOCIATION. FOR
FURTHER INFORMATION, PLEASE CONTACT YOUR AGENT OR BROKER OR THE FOLLOWING OFFICE
OF THE ASSOCIATION: SUITE 2000, 332 S. MICHIGAN AVENUE, CHICAGO, ILLINOIS 60604.

CONSUMER REPORT: IN COMPLIANCE WITH THE FAIR CREDIT REPORTING ACT (PUBLIC LAW
91-508), YOU ARE HEREBY INFORMED THAT THE ACTION TAKEN ABOVE IS BEING TAKEN
WHOLLY OR PARTLY BECAUSE OF INFORMATION CONTAINED IN THE CONSUMER REPORT FROM
THE FOLLOWING CONSUMER REPORTING AGENCY. (IF NOT INDICATED BELOW, THIS
PARAGRAPH IS NOT APPLICABLE.)

NAME:
ADDRESS:



                                          ADMINISTRATIVE MGR.
AGENCY NO.    0121354                      ------------------------------
AGENT-        CARLSON MIKUZIS & TAYLOR INC  AUTHORIZED REPRESENTATIVE

              910 SKOKIE BLVD STE 203
              NORTHBROOK IL        60062

                                              PAGE 1 OF 1

CANLTR 8/92

```
CCI  0339275                    ORIGINAL COPY            general casualty
PAGE   1 OF   1      COMPREHENSIVE INSURANCE POLICY
COMBINED BILL
 ACCOUNT NO. KOPL-FCE972
 REINSTATEMENT OF COVERAGE -- EFFECTIVE 04/12/2002
```

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 01 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL    60640 | CARLSON MIKUZIS & TAYLOR INC<br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL       031<br><br>                    60062 |

```
  ---S T A T E M E N T   O F   A C C O U N T---   CCI0339275 0111 COMBINED BILL
                                                   THE KOPLEY GROUP INC


THIS REINSTATEMENT RESULTED IN
  NO ADDITIONAL PREMIUM.




THIS IS NOT A BILL....BILLING INFORMATION WILL BE MAILED SEPARATELY.



YOUR INDEPENDENT AGENT IS WORKING FOR YOU

  ISSUE DATE - 04/16/2002
```

GAINGC 6/97

C A N C E L L A T I O N    M E M O

POLICY NUMBER:          CCI 0339275 01
CANCELLATION EFFECTIVE: 12:01 AM 04/12/2002
DATE OF NOTICE:         04/12/2002                    COMPANY
--------------------------------------------------------------------------------

GENERAL CASUALTY CO OF IL
2900 PEARL CITY ROAD
FREEPORT IL 61032


THE KOPLEY GROUP INC                 CARLSON MIKUZIS & TAYLOR INC
                                     910 SKOKIE BLVD STE 203
5206 N SHERIDAN RD                   NORTHBROOK IL   60062
CHICAGO IL     60640                 TELEPHONE (847) 562-0900


CBS ACCOUNT NO:  KOPL-FCE972      AGENT NUMBER: 012-1354


--------------------------------------------------------------------------------


**   CANCELLATION MEMO   **


YOUR POLICY HAS BEEN CANCELLED.  THE PREMIUM AMOUNT WILL BE ADJUSTED
AFTER WE HAVE DONE A FINAL AUDIT.


G E N E R A L   C A S U A L T Y   I N S U R A N C E   C O M P A N I E S
   *  ONE GENERAL DRIVE  *  SUN PRAIRIE WI 53596  *  1-800-553-4471  *

**   CANCELLATION MEMO   **

POLICYHOLDER                         AGENCY
_____             _____

THE KOPLEY GROUP INC                 CARLSON MIKUZIS & TAYLOR INC
                                     910 SKOKIE BLVD STE 203
5206 N SHERIDAN RD                   NORTHBROOK IL   60062
CHICAGO IL      60640                TELEPHONE (847) 562-0900


DATE OF NOTICE: 04/12/2002       POLICY NUMBER: CCI 0339275 01

CCI 0339275             *** ORIGINAL COPY
                        *** P O L I C Y   C H A N G E S ***          **general casualty**

COMBINED BILL
ACCOUNT NO.KOPL-FCE972
AMENDED DECLARATION
 **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL    60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031 60062 | |

COVERAGE PARTS AFFECTED:

COMMERCIAL GENERAL LIABILITY                    END. NUMBER: 001

CHANGES

FORM CG 2011 ADDITIONAL INSURED HAS BEEN DELETED.

FORM CG 2010 ADDITIONAL INSURED HAS BEEN ADDED.

LAA 03/08/02

                                                03/08/2002
                        AUTHORIZED SIGNATURE      DATE

UND 462 (03-87)

CCI 0339275                    ORIGINAL COPY
                      COMPREHENSIVE INSURANCE POLICY             **general casualty**
COMBINED BILL
ACCOUNT NO.KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL    60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL       031 60062 | |

FORM OF BUSINESS: CORPORATION

BUSINESS DESCRIPTION: REAL ESTATE PROPERTY MANAGED

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS INDICATED BY AN ( X ).

### COVERAGE PARTS

( X )   COMMERCIAL PROPERTY COVERAGE PART

( X )   COMMERCIAL INLAND MARINE COVERAGE PART

( X )   COMMERCIAL GENERAL LIABILITY COVERAGE PART

( X )   COMMERCIAL CRIME COVERAGE PART

(   )   BOILER AND MACHINERY COVERAGE PART

(   )   COMMERCIAL AUTO COVERAGE PART

( X )   COMMERCIAL UMBRELLA COVERAGE PART

( X )   EMPLOYEE BENEFITS LIABILITY COVERAGE PART

(   )

                              MINIMUM PREMIUM  $ 100
               TOTAL PREMIUM FOR ALL COVERAGE PART(S)  $ 3,858
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENTS DEPENDING ON THE TERMS AND CONDITIONS OF
THE INDIVIDUAL COVERAGE PART(S).

AUDIT PERIOD: ( X ) ANNUAL     (   ) SEMI-ANNUAL     (   ) QUARTERLY     (   ) MONTHLY

APPLICABLE FORMS- PER G40 05-85

CI 7901 (07-86)                              _____      _____
                                             AUTHORIZED SIGNATURE        DATE

CCI 0339275

ORIGINAL COPY
COMPREHENSIVE INSURANCE POLICY

**general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031 60062 | |

| APPLICABLE FORMS- | CG 0001 07/98 | CG 0200 04/87 | CG 2010 03/97 | CG 2147 07/98 |
|---|---|---|---|---|
| CG 2162 09/98 | CG 2270 11/85 | CG 7061 06/99 | CG 7121 01/98 | CG 7127 03/98 |
| CG 7920 03/98 | CG 7950 02/01 | CG 8021 02/01 | CG 9901 11/85 | CI 7900 04/00 |
| CM 0001 09/00 | CM 0128 03/99 | CM 0204 09/00 | CM 7390 07/86 | CP 0010 10/00 |
| CP 0030 10/00 | CP 0090 07/88 | CP 1030 10/00 | CP 1270 09/96 | CP 7950 02/01 |
| CP 7966 02/01 | CR 0021 03/00 | CR 0202 03/00 | CU 7902 03/99 | CU 7903 11/89 |
| CU 7919 02/89 | CU 7921 07/86 | CU 8013 07/98 | G 40-1  05/85 | IL 0017 11/98 |
| IL 0021 04/98 | IL 0118 03/99 | IL 0284 10/00 | IL 0935 08/98 | |

G40  (05-85)

CCI 0339275            ORIGINAL COPY
                  COMPREHENSIVE INSURANCE POLICY              **general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
 **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL     60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL        031 60062 | |

### COMMERCIAL PROPERTY COVERAGE PART DECLARATION

PREM - ADDRESS: 5206 N SHERIDAN RD
001         CHICAGO IL (COOK CO)              60640
PREM   BLD   DESCRIPTION OF PREMISES
001    001   REAL ESTATE PROPERTY MANAGED
             CONSTRUCTION: NONCOMBUSTIBLE
                                                    PROTECTION CLASS: 02

COVERAGES PROVIDED:
INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR THE COVERAGES SHOWN BELOW:

| PREM | BLD | COVERAGE | | |
|---|---|---|---|---|
| 001 | 001 | BUSINESS PERSONAL PROPERTY | | COVERED CAUSE OF LOSS |
| | | LIMIT OF INSURANCE: | | SPECIAL |
| | | DEDUCTIBLE: | 20,000 | |
| | | | 250 | |
| | | OTHER DEDUCTIBLE: | | |
| | | COINSURANCE: | | |
| | | AGREED VALUE EXPIRATION: | 90% | |
| | | REPLACEMENT COST: | | |
| | | INFLATION GUARD: | YES | |

| PREM | BLD | COVERAGE | | |
|---|---|---|---|---|
| 001 | 001 | BUSINESS INCOME INCL RENTAL | | COVERED CAUSE OF LOSS |
| | | LIMIT OF INSURANCE: | | SPECIAL |
| | | DEDUCTIBLE: | 90,000 | |
| | | OTHER DEDUCTIBLE: | | |
| | | COINSURANCE: | | |
| | | AGREED VALUE EXPIRATION: | | |
| | | REPLACEMENT COST: | | |
| | | INFLATION GUARD: | | |
| | | MONTHLY LIMIT | 1/6 | |
| | | OF INDEMNITY | | |

VALUABLE PAPERS AND RECORDS - COST OF RESEARCH INCREASED LIMIT        $
NON-OWNED DETACHED TRAILERS - INCREASED LIMIT                         $

TOTAL PROPERTY COVERAGE PART PREMIUM: 596

CP 7901 (10-00)

CCI 0339275                    ORIGINAL COPY
                        COMPREHENSIVE INSURANCE POLICY          **general casualty**
COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL     60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL        031 60062 | |

COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS


THIS COVERAGE PART CONSISTS OF THE FOLLOWING COVERAGE FORMS FOR WHICH A PREMIUM IS
INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

COVERAGE FORM TITLE
MINICOMPUTER COVERAGE FORM - SPECIAL                              PREMIUM
                                                                 $ 100
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $
                                                                 $

  TOTAL PREMIUM FOR ALL COMMERCIAL INLAND MARINE COVERAGE FORM(S)  $ 100


CM 7917 (02-96)

CCI 0339275        ORIGINAL COPY
           COMPREHENSIVE INSURANCE POLICY

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

**general casualty**

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL    60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL    031 60062 | |

### MINICOMPUTER DECLARATIONS

EQUIPMENT SCHEDULE

| LOC. NUM. | ADDRESS OF LOCATION | LIMIT OF INSURANCE |
|---|---|---|
| 1. | 5206 N SHERIDAN RD  CHICAGO IL | $ 10,000<br>$<br>$ |

VALUATION FOR THE PURPOSES OF THIS COVERAGE FORM IS DETERMINED BY AN ( X )
       (  ) ACTUAL CASH VALUE    ( X )  REPLACEMENT COST

DEDUCTIBLES APPLICABLE BY LOCATION:
LOCATION 1.  $ 250    LOCATION    $        LOCATION    $

#### LIMIT OF INSURANCE — DATA, MEDIA, EXTRA EXPENSE AND TRANSIT

| LOC. NUM. | DATA AND MEDIA | | | EXTRA EXPENSE | | |
|---|---|---|---|---|---|---|
| | BASIC | INCREASE | TOTAL | BASIC | INCREASE | TOTAL |
| 1. | $ 2,500 | $ | $ 2,500 | $ 2,500 | $ | $ 2,500 |
| | $ | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ | $ |
| TRANSIT | $ 10,000 | $ | $ 10,000 | | | |

(  ) SPECIAL COVERAGE ENDORSEMENT APPLIES IF INDICATED BY AN ( X )
DEDUCTIBLE AMOUNT APPLICABLE TO THE SPECIAL COVERAGE END'T. IS:  $

                 TOTAL PREMIUM THIS COVERAGE FORM $ 100

CM 7391 (07-86)

CCI 0339275          ORIGINAL COPY
                     COMPREHENSIVE INSURANCE POLICY          

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031 60062 | |

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

LIMITS OF INSURANCE

| | |
|---|---|
| GENERAL   AGGREGATE LIMIT<br>   (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT | $ 1,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT (ANY ONE PERSON OR ORGANIZATION) | $ 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISES) | $ 100,000 |
| MEDICAL EXPENSE LIMIT (ANY ONE PERSON) | $ 5,000 |

TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM:          $ 1,470

CG 7901 (09-00)

CCI 0339275                ORIGINAL COPY
                    COMPREHENSIVE INSURANCE POLICY          **general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
 **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031 60062 | |

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS SCHEDULE

PREM - ADDRESS:

5206 N SHERIDAN RD   CHICAGO IL (COOK CO)                        60640

PREM    ST    TER    CODE    PREMIUM BASIS                       PER
001    IL    001    47052    165,000 SALES                       1,000
CLASSIFICATION DESCRIPTION:
REAL ESTATE PROPERTY MANAGED

PREM    ST    TER    CODE    PREMIUM BASIS                       PER

CLASSIFICATION DESCRIPTION:


PREM    ST    TER    CODE    PREMIUM BASIS                       PER

CLASSIFICATION DESCRIPTION:


PREM    ST    TER    CODE    PREMIUM BASIS                       PER

CLASSIFICATION DESCRIPTION:


PREM    ST    TER    CODE    PREMIUM BASIS                       PER

CLASSIFICATION DESCRIPTION:


CG 7902 (09-00)

CCI 0339275              ORIGINAL COPY
                  COMPREHENSIVE INSURANCE POLICY              **general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
 **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL     60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL     031 60062 | |

EMPLOYEE BENEFIT LIABILITY COVERAGE PART DECLARATIONS


LIMITS OF INSURANCE

AGGREGATE LIMIT  . . . . . . . . . . . . . . . . . . . . . .  $ 1,000,000
EACH CLAIM LIMIT  . . . . . . . . . . . . . . . . . . . . .  $ 1,000,000


DEDUCTIBLE AMOUNT APPLICABLE TO EACH CLAIM  . . . . . . . . .  $ 1,000


PREMIUM

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART  . . . . . . . .  $ 179


CG 7060 (07-86)

CCI 0339275                ORIGINAL COPY
                    COMPREHENSIVE INSURANCE POLICY                    *general casualty*

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL     60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL         031 60062 | |

ENDORSEMENT

SCHEDULE APPLICABLE TO CG 2010:

NAME OF PERSON OR ORGANIZATION (ADDITIONAL INSURED):

   ANY PERSON OR ORGANIZATION WHEN YOU AND SUCH PERSON OR ORGANIZATION HAVE AGREED IN
   WRITING IN A CONTRACT OR AGREEMENT, OR REQUIRED BECAUSE OF THE ISSUANCE OR EXISTENCE
   OF A PERMIT, TO ADD SUCH PERSON OR ORGANIZATION AS AN ADDITIONAL INSURED TO YOUR
   POLICY.

G40-1 05-85                                                    Page 1   of 1

CCI0339275

COMMERCIAL GENERAL LIABILITY
CG 20 10 03 97

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name of Person or Organization: |
|---|
| PER G40 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Who Is An Insured (Section II)** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

       Copyright, Insurance Services Office, Inc., 1996

CCI0339275

COMMERCIAL GENERAL LIABILITY
CG 71 27 03 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

**SCHEDULE**
Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| Coverage | Additional Premium |
|---|---|
| Non-Owned Auto Liability | $ INCLUDED |
| Hired Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**HIRED AUTO LIABILITY**

The insurance provided under **COVERAGE A (SECTION I)** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your employees in the course of your business.

With respect to the insurance provided by this endorsement:

1. The exclusions, under **COVERAGE A (SECTION I)**, other than exclusions **a., b., d., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   **a.** "Bodily injury":

   **(1)** To an employee of the insured arising out of and in the course of employment by the insured; or

   **(2)** To the spouse, child, parent, brother or sister of that employee as a consequence of **1.a.(1)** above.

   This exclusion applies:

   **(1)** Whether the insured may be liable as an employer or in any other capacity; and

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

   This exclusion does not apply to:

   **(1)** Liability assumed by the insured under an "insured contract"; or

   **(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

   **b.** "Property damage" to:

   **(1)** Property owned or being transported by, or rented or loaned to the insured; or

   **(2)** Property in the care, custody or control of the insured.

2. **WHO IS AN INSURED (SECTION II)** is replaced by the following:

   Each of the following is an insured under this insurance to the extent set forth below.

   **a.** You;

   **b.** Any other person using a "hired auto" with your permission;

   **c.** With respect to a "non-owned auto", any partner (if you are a limited liability company) or executive officer of yours, but only while such "non-owned auto" is being used in your business;

   **d.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **a., b.,** or **c.** above.

   None of the following is an insured:

**a.** Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment;

**b.** Any partner or executive officer with respect to any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are a sub-lessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or employee of any such owner or lessee;

**e.** Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

3. Paragraph 2.b. of LIMITS OF INSURANCE (SECTION III) is replaced by the following:

**b.** Damages under **COVERAGE A and COVERAGE B**, except damages because of:

(1) Injury and damage included in the "products-completed operations hazard"; or

(2) "Bodily injury" or "property damage" arising out of the:

(a) Maintenance or use of a "hired auto" by you or your employees in the course of your business; or

(b) Use of any "non-owned auto" in your business by any person other than you.

## NON-OWNED AUTO LIABILITY

The insurance provided under **COVERAGE A (SECTION I)** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person other than you.

The following additional definitions apply:

"Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

"Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your employees or partners or members of their households.

"Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow that is used in connection with your business. This includes any "auto" owned by your employees or partners or members of their households but only while used in your business or your personal affairs.

CG 71 27 03 98

CCI 0339275                    ORIGINAL COPY                 *general casualty*
                        COMPREHENSIVE INSURANCE POLICY

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL    60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL    031 60062 | |

COMMERCIAL CRIME COVERAGE PART DECLARATIONS

THE COMMERCIAL CRIME COVERAGE PART CONSISTS OF THIS DECLARATIONS FORM AND THE
COMMERCIAL CRIME COVERAGE FORM.

EMPLOYEE BENEFIT PLAN(S) INCLUDED AS NAMED INSUREDS:

INSURING AGREEMENTS, LIMITS OF INSURANCE AND DEDUCTIBLES:

| INSURING AGREEMENTS | LIMIT OF INSURANCE PER OCCURRENCE | DEDUCTIBLE AMOUNT PER OCCURRENCE |
|---|---|---|
| 1.  EMPLOYEE THEFT | $ 10,000 | $ 0 |
| 2.  FORGERY OR ALTERATION | $ NOT COVERED | $ |
| 3.  INSIDE THE PREMISES — THEFT OF MONEY AND SECURITIES | $ 10,000 | $ 250 |
| 4.  INSIDE THE PREMISES — ROBBERY OR SAFE BURGLARY OF OTHER PROPERTY | $ NOT COVERED | $ |
| 5.  OUTSIDE THE PREMISES | $ 5,000 | $ 250 |
| 6.  COMPUTER FRAUD | $ NOT COVERED | $ |
| 7.  MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY | $ NOT COVERED | $ |

IF ADDED BY ENDORSEMENT, INSURING AGREEMENT(S):

| | | |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

TOTAL PREMIUM  $ 213

IF "NOT COVERED" IS INSERTED ABOVE OPPOSITE ANY SPECIFIED INSURING AGREEMENT, SUCH
INSURING AGREEMENT AND ANY OTHER REFERENCE THERETO IN THIS POLICY IS DELETED.

CANCELLATION OF PRIOR INSURANCE:  BY ACCEPTANCE OF THIS COVERAGE PART YOU GIVE US
NOTICE CANCELLING PRIOR POLICY NOS.
THE CANCELLATION TO BE EFFECTIVE AT THE TIME THIS COVERAGE PART BECOMES EFFECTIVE.

CR 7910 (05-00)

CCI 0339275              ORIGINAL COPY              **general casualty**
                    COMPREHENSIVE INSURANCE POLICY

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL     60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL     031 60062 | |

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART DECLARATIONS

LIMITS OF INSURANCE

GENERAL   AGGREGATE LIMIT
(OTHER THAN PRODUCTS-COMPLETED OPERATIONS)                    $ 4,000,000

PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT
                                                              $ 4,000,000

EACH OCCURENCE LIMIT
                                                              $ 4,000,000

PERSONAL & ADVERTISING INJURY LIMIT
                                                              $ 4,000,000

---

INSURED'S NET RETENTION

THE "INSURED'S NET RETENTION" AS WITH RESPECT TO LOSSES NOT COVERED BY "UNDERLYING
INSURANCE"

EACH OCCURENCE
                                                              $ 10,000

TOTAL UMBRELLA COVERAGE PART PREMIUM:
                                                              $ 1,300

CU 7901 (09-00)

CCI 0339275                    ORIGINAL COPY
                        COMPREHENSIVE INSURANCE POLICY          **general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
AMENDED DECLARATION
  **EFFECTIVE 02/12/2002

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL    60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL        031 60062 | |

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART DECLARATIONS (CONTINUED)
SCHEDULE OF UNDERLYING INSURANCE

GENERAL LIABILITY INSURANCE
  INSURER: GENERAL CASUALTY CO OF IL
  POLICY NUMBER: CCI 0339275                    POLICY TERM: 02/12/2002 TO 02/12/2003
  GENERAL LIABILITY LIMITS OF INSURANCE:
   GENERAL   AGGREGATE LIMIT                              $ 2,000,000
   PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT          $ 1,000,000
   PERSONAL AND ADVERTISING INJURY LIMIT                  $ 1,000,000
   EACH OCCURENCE LIMIT                                   $ 1,000,000
AUTOMOBILE LIABILITY INSURANCE
  INSURER: GENERAL CASUALTY CO OF IL *HIRED & NON-OWNED ONLY*
  POLICY NUMBER: CCI 0339275            POLICY TERM: 02/12/2002 TO 02/12/2003
  AUTOMOBILE LIABILITY LIMITS OF INSURANCE:
   EACH ACCIDENT                                  $ 1,000,000
EMPLOYERS' LIABILITY INSURANCE
  INSURER: GENERAL CASUALTY CO OF WI
  POLICY NUMBER: CWC 0339275            POLICY TERM: 02/12/2002 TO 02/12/2003
  EMPLOYERS' LIABILITY LIMITS OF INSURANCE:
   BODILY INJURY BY ACCIDENT:  PER ACCIDENT
   BODILY INJURY BY DISEASE:   EACH EMPLOYEE             $ 1,000,000
   BODILY INJURY BY DISEASE:   POLICY LIMIT             $ 1,000,000
                                                        $ 1,000,000

EMPLOYEE BENEFIT LIABILITY
INSURER: GENERAL CASUALTY CO OF IL
POLICY NUMBER: CCI 0339257            POLICY TERM: 02/12/2002 TO 02/12/2003
LIMITS OF INSURANCE:
   AGGREGATE LIMIT......................................  $ 1,000,000
   EACH CLAIM LIMIT.....................................  $ 1,000,000
                                                          $

CU 7901 (09-00)

```
CCI 0339275                    ORIGINAL COPY          general casualty
PAGE   1 OF   1      COMPREHENSIVE INSURANCE POLICY
COMBINED BILL
 ACCOUNT NO. KOPL-FCE972
 AMENDED DECLARATION
  **EFFECTIVE 02/12/2002
```

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 01 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | CARLSON MIKUZIS & TAYLOR INC<br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031<br><br>                              60062 |

```
   ---S T A T E M E N T   O F   A C C O U N T---    CCI0339275 0111 COMBINED BILL
                                                        THE KOPLEY GROUP INC


THIS AMENDMENT RESULTED IN NO
CHANGE TO THE POLICY PREMIUM



THIS IS NOT A BILL....BILLING INFORMATION WILL BE MAILED SEPARATELY.


YOUR INDEPENDENT AGENT IS WORKING FOR YOU

  ISSUE DATE - 03/08/2002
```

GAINGC 6/97

CCI 0339275   ORIGINAL COPY    **general casualty**
       COMPREHENSIVE INSURANCE POLICY

COMBINED BILL
ACCOUNT NO.KOPL-FCE972
RENEWAL DECLARATION

                RENEWAL OF:
                CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL  60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL  031 60062 | |

FORM OF BUSINESS: CORPORATION

BUSINESS DESCRIPTION: REAL ESTATE PROPERTY MANAGED

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS INDICATED BY AN ( X ).

### COVERAGE PARTS

  ( X ) COMMERCIAL PROPERTY COVERAGE PART

  ( X ) COMMERCIAL INLAND MARINE COVERAGE PART

  ( X ) COMMERCIAL GENERAL LIABILITY COVERAGE PART

  ( X ) COMMERCIAL CRIME COVERAGE PART

  ( ) BOILER AND MACHINERY COVERAGE PART

  ( ) COMMERCIAL AUTO COVERAGE PART

  ( X ) COMMERCIAL UMBRELLA COVERAGE PART

  ( X ) EMPLOYEE BENEFITS LIABILITY COVERAGE PART

  ( )

            MINIMUM PREMIUM $ 100
      TOTAL PREMIUM FOR ALL COVERAGE PART(S) $ 3,858
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENTS DEPENDING ON THE TERMS AND CONDITIONS OF
THE INDIVIDUAL COVERAGE PART(S).

AUDIT PERIOD: ( X ) ANNUAL ( ) SEMI-ANNUAL ( ) QUARTERLY ( ) MONTHLY

APPLICABLE FORMS- PER G40 05-85

                 02/13/2002

       AUTHORIZED SIGNATURE   DATE

CI 7901 (07-86)

CCI 0339275                ORIGINAL COPY                **general casualty**
                    COMPREHENSIVE INSURANCE POLICY

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

                                                    RENEWAL OF:
                                                    CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC | | | CARLSON MIKUZIS & TAYLOR INC | |
| 5206 N SHERIDAN RD CHICAGO IL     60640 | | | 910 SKOKIE BLVD STE 203 NORTHBROOK IL      031 60062 | |

| APPLICABLE FORMS- | CG 0001 07/98 | CG 0200 04/87 | CG 2011 01/96 | CG 2147 07/98 |
|---|---|---|---|---|
| CG 2162 09/98 | CG 2270 11/85 | CG 7061 06/99 | CG 7121 01/98 | CG 7127 03/98 |
| CG 7920 03/98 | CG 7950 02/01 | CG 8021 02/01 | CG 9901 11/85 | CI 7900 04/00 |
| CM 0001 09/00 | CM 0128 03/99 | CM 0204 09/00 | CM 7390 07/86 | CP 0010 10/00 |
| CP 0030 10/00 | CP 0090 07/88 | CP 1030 10/00 | CP 1270 09/96 | CP 7950 02/01 |
| CP 7966 02/01 | CR 0021 03/00 | CR 0202 03/00 | CU 7902 03/99 | CU 7903 11/89 |
| CU 7919 02/89 | CU 7921 07/86 | CU 8013 07/98 | G 40-1  05/85 | IL 0017 11/98 |
| IL 0021 04/98 | IL 0118 03/99 | IL 0284 10/00 | IL 0935 08/98 | |

G40  (05-85)

CCI 0339275                    ORIGINAL COPY
                        COMPREHENSIVE INSURANCE POLICY            **general casualty**
COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

                                                         RENEWAL OF:
                                                         CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC | | | CARLSON MIKUZIS & TAYLOR INC | |
| 5206 N SHERIDAN RD CHICAGO IL     60640 | | | 910 SKOKIE BLVD STE 203 NORTHBROOK IL     031 60062 | |

COMMERCIAL PROPERTY COVERAGE PART DECLARATION

PREM – ADDRESS: 5206 N SHERIDAN RD
001          CHICAGO IL  (COOK CO)          60640
PREM   BLD   DESCRIPTION OF PREMISES
001    001   REAL ESTATE PROPERTY MANAGED
             CONSTRUCTION:NONCOMBUSTIBLE                PROTECTION CLASS:02

COVERAGES PROVIDED:
INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR THE COVERAGES SHOWN BELOW:

| PREM | BLD | COVERAGE | | COVERED CAUSE OF LOSS |
|---|---|---|---|---|
| 001 | 001 | BUSINESS PERSONAL PROPERTY | | SPECIAL |
| | | LIMIT OF INSURANCE: | 20,000 | |
| | | DEDUCTIBLE: | 250 | |
| | | OTHER DEDUCTIBLE: | | |
| | | COINSURANCE: | | |
| | | AGREED VALUE EXPIRATION: | 90% | |
| | | REPLACEMENT COST: | | |
| | | INFLATION GUARD: | YES | |

| PREM | BLD | COVERAGE | | COVERED CAUSE OF LOSS |
|---|---|---|---|---|
| 001 | 001 | BUSINESS INCOME INCL RENTAL | | SPECIAL |
| | | LIMIT OF INSURANCE: | 90,000 | |
| | | DEDUCTIBLE: | | |
| | | OTHER DEDUCTIBLE: | | |
| | | COINSURANCE: | | |
| | | AGREED VALUE EXPIRATION: | | |
| | | REPLACEMENT COST: | | |
| | | INFLATION GUARD: | | |
| | | MONTHLY LIMIT OF INDEMNITY | 1/6 | |

VALUABLE PAPERS AND RECORDS – COST OF RESEARCH INCREASED LIMIT          $
NON-OWNED DETACHED TRAILERS – INCREASED LIMIT                          $

TOTAL PROPERTY COVERAGE PART PREMIUM: 596

CP 7901 (10-00)

CCI 0339275                ORIGINAL COPY
                    COMPREHENSIVE INSURANCE POLICY          **general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

                                                    RENEWAL OF:
                                                    CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL         031 60062 | |

COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

THIS COVERAGE PART CONSISTS OF THE FOLLOWING COVERAGE FORMS FOR WHICH A PREMIUM IS
INDICATED.   THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

COVERAGE FORM TITLE                                       PREMIUM
MINICOMPUTER COVERAGE FORM - SPECIAL                      $ 100
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $
                                                         $

TOTAL PREMIUM FOR ALL COMMERCIAL INLAND MARINE COVERAGE FORM(S)  $ 100

CM 7917 (02-96)

CCI 0339275                    ORIGINAL COPY                          **general casualty**
                          COMPREHENSIVE INSURANCE POLICY

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

                                                              RENEWAL OF:
                                                              CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031 60062 |

### MINICOMPUTER DECLARATIONS

EQUIPMENT SCHEDULE

| LOC. NUM. | ADDRESS OF LOCATION | LIMIT OF INSURANCE |
|---|---|---|
| 1. | 5206 N SHERIDAN RD   CHICAGO IL | $ 10,000 |
| | | $ |
| | | $ |

VALUATION FOR THE PURPOSES OF THIS COVERAGE FORM IS DETERMINED BY AN ( X )

( ) ACTUAL CASH VALUE    ( X ) REPLACEMENT COST

DEDUCTIBLES APPLICABLE BY LOCATION:
LOCATION 1.    $ 250    LOCATION    $    LOCATION    $

### LIMIT OF INSURANCE — DATA, MEDIA, EXTRA EXPENSE AND TRANSIT

| LOC. NUM. | DATA AND MEDIA | | | EXTRA EXPENSE | | |
|---|---|---|---|---|---|---|
| | BASIC | INCREASE | TOTAL | BASIC | INCREASE | TOTAL |
| 1. | $ 2,500 | $ | $ 2,500 | $ 2,500 | $ | $ 2,500 |
| | $ | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ | $ |

TRANSIT  $ 10,000    $    $ 10,000

( ) SPECIAL COVERAGE ENDORSEMENT APPLIES IF INDICATED BY AN ( X )
DEDUCTIBLE AMOUNT APPLICABLE TO THE SPECIAL COVERAGE END'T.  IS:    $

TOTAL PREMIUM THIS COVERAGE FORM  $ 100

CM 7391 (07-86)

CCI 0339275                ORIGINAL COPY
                     COMPREHENSIVE INSURANCE POLICY          **general casualty**
COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

                                                    RENEWAL OF:
                                                    CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL     60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL     031 60062 | |

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

LIMITS OF INSURANCE

| | |
|---|---|
| GENERAL   AGGREGATE LIMIT<br>   (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT | $ 1,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT (ANY ONE PERSON OR ORGANIZATION) | $ 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISES) | $ 100,000 |
| MEDICAL EXPENSE LIMIT (ANY ONE PERSON) | $ 5,000 |

TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM:          $ 1,470

CG 7901 (09-00)

CCI 0339275

ORIGINAL COPY
COMPREHENSIVE INSURANCE POLICY



COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

RENEWAL OF:
CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031 60062 | |

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS SCHEDULE

PREM - ADDRESS:

5206 N SHERIDAN RD   CHICAGO IL (COOK CO)                     60640

| PREM | ST | TER | CODE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|
| 001 | IL | 001 | 47052 | 165,000 SALES | 1,000 |

CLASSIFICATION DESCRIPTION:

REAL ESTATE PROPERTY MANAGED

| PREM | ST | TER | CODE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|

CLASSIFICATION DESCRIPTION:

| PREM | ST | TER | CODE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|

CLASSIFICATION DESCRIPTION:

| PREM | ST | TER | CODE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|

CLASSIFICATION DESCRIPTION:

| PREM | ST | TER | CODE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|

CLASSIFICATION DESCRIPTION:

CG 7902 (09-00)

CCI 0339275

ORIGINAL COPY
COMPREHENSIVE INSURANCE POLICY



COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

RENEWAL OF:
CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031 60062 |

EMPLOYEE BENEFIT LIABILITY COVERAGE PART DECLARATIONS

LIMITS OF INSURANCE

AGGREGATE LIMIT   . . . . . . . . . . . . . . . . . . . . . . . .   $ 1,000,000
EACH CLAIM LIMIT   . . . . . . . . . . . . . . . . . . . . . . .   $ 1,000,000

DEDUCTIBLE AMOUNT APPLICABLE TO EACH CLAIM   . . . . . . . . . .   $ 1,000

PREMIUM

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART   . . . . . . . .   $ 179

CG 7060 (07-86)

CCI 0339275      ORIGINAL COPY
     COMPREHENSIVE INSURANCE POLICY

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

**general casualty**

RENEWAL OF:
CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL     60640 | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL     031 60062 |

ENDORSEMENT

SCHEDULE APPLICABLE TO CG 2011:

NAME OF PERSON OR ORGANIZATION (ADDITIONAL INSURED):

ANY PERSON OR ORGANIZATION WHEN YOU AND SUCH PERSON OR ORGANIZATION HAVE AGREED IN WRITING IN A CONTRACT OR AGREEMENT, OR REQUIRED BECAUSE OF THE ISSUANCE OR EXISTENCE OF A PERMIT, TO ADD SUCH PERSON OR ORGANIZATION AS AN ADDITIONAL INSURED TO YOUR POLICY.

G40-1 05-85

CCI 0339275

ORIGINAL COPY
COMPREHENSIVE INSURANCE POLICY

**general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

RENEWAL OF:
CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL      60640 | | | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL        031 60062 | |

COMMERCIAL CRIME COVERAGE PART DECLARATIONS

THE COMMERCIAL CRIME COVERAGE PART CONSISTS OF THIS DECLARATIONS FORM AND THE
COMMERCIAL CRIME COVERAGE FORM.

EMPLOYEE BENEFIT PLAN(S) INCLUDED AS NAMED INSUREDS:

INSURING AGREEMENTS, LIMITS OF INSURANCE AND DEDUCTIBLES:

| INSURING AGREEMENTS | LIMIT OF INSURANCE PER OCCURRENCE | DEDUCTIBLE AMOUNT PER OCCURRENCE |
|---|---|---|
| 1.  EMPLOYEE THEFT | $ 10,000 | $ 0 |
| 2.  FORGERY OR ALTERATION | $ NOT COVERED | $ |
| 3.  INSIDE THE PREMISES — THEFT OF MONEY AND SECURITIES | $ 10,000 | $ 250 |
| 4.  INSIDE THE PREMISES — ROBBERY OR SAFE BURGLARY OF OTHER PROPERTY | $ NOT COVERED | $ |
| 5.  OUTSIDE THE PREMISES | $ 5,000 | $ 250 |
| 6.  COMPUTER FRAUD | $ NOT COVERED | $ |
| 7.  MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY | $ NOT COVERED | $ |
| IF ADDED BY ENDORSEMENT, INSURING AGREEMENT(S): | | |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

TOTAL PREMIUM  $ 213

IF "NOT COVERED" IS INSERTED ABOVE OPPOSITE ANY SPECIFIED INSURING AGREEMENT, SUCH
INSURING AGREEMENT AND ANY OTHER REFERENCE THERETO IN THIS POLICY IS DELETED.

CANCELLATION OF PRIOR INSURANCE:  BY ACCEPTANCE OF THIS COVERAGE PART YOU GIVE US
NOTICE CANCELLING PRIOR POLICY NOS.
THE CANCELLATION TO BE EFFECTIVE AT THE TIME THIS COVERAGE PART BECOMES EFFECTIVE.

CR 7910 (05-00)

CCI 0339275              ORIGINAL COPY
                   COMPREHENSIVE INSURANCE POLICY          **general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

RENEWAL OF:
CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL    60640 | CARLSON MIKUZIS & TAYLOR INC<br><br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL        031 60062 |

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART DECLARATIONS

LIMITS OF INSURANCE

GENERAL  AGGREGATE LIMIT
(OTHER THAN PRODUCTS-COMPLETED OPERATIONS)                    $ 4,000,000

PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                 $ 4,000,000

EACH OCCURENCE LIMIT                                         $ 4,000,000

PERSONAL & ADVERTISING INJURY LIMIT                          $ 4,000,000

INSURED'S NET RETENTION

THE "INSURED'S NET RETENTION" AS WITH RESPECT TO LOSSES NOT COVERED BY "UNDERLYING
INSURANCE"

EACH OCCURENCE                                               $ 10,000

TOTAL UMBRELLA COVERAGE PART PREMIUM:                        $ 1,300

CU 7901 (09-00)

CCI 0339275                    ORIGINAL COPY
                        COMPREHENSIVE INSURANCE POLICY            **general casualty**

COMBINED BILL
ACCOUNT NO. KOPL-FCE972
RENEWAL DECLARATION

RENEWAL OF:
CCI 0339275

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 |
| NAMED INSURED AND ADDRESS | | | AGENT | |
| THE KOPLEY GROUP INC  5206 N SHERIDAN RD  CHICAGO IL     60640 | | | CARLSON MIKUZIS & TAYLOR INC  910 SKOKIE BLVD STE 203  NORTHBROOK IL       031 60062 | |

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART DECLARATIONS (CONTINUED)
SCHEDULE OF UNDERLYING INSURANCE

GENERAL LIABILITY INSURANCE
  INSURER: GENERAL CASUALTY CO OF IL
  POLICY NUMBER: CCI 0339275          POLICY TERM: 02/12/2002 TO 02/12/2003
  GENERAL LIABILITY LIMITS OF INSURANCE:
   GENERAL  AGGREGATE LIMIT                                    $ 2,000,000
   PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT               $ 1,000,000
   PERSONAL AND ADVERTISING INJURY LIMIT                       $ 1,000,000
   EACH OCCURENCE LIMIT                                        $ 1,000,000

AUTOMOBILE LIABILITY INSURANCE
  INSURER: GENERAL CASUALTY CO OF IL *HIRED & NON-OWNED ONLY*
  POLICY NUMBER: CCI 0339275          POLICY TERM: 02/12/2002 TO 02/12/2003
  AUTOMOBILE LIABILITY LIMITS OF INSURANCE:
   EACH ACCIDENT                                               $ 1,000,000

EMPLOYERS' LIABILITY INSURANCE
  INSURER: GENERAL CASUALTY CO OF WI
  POLICY NUMBER: CWC 0339275          POLICY TERM: 02/12/2002 TO 02/12/2003
  EMPLOYERS' LIABILITY LIMITS OF INSURANCE:
   BODILY INJURY BY ACCIDENT:   PER ACCIDENT                   $ 1,000,000
   BODILY INJURY BY DISEASE:    EACH EMPLOYEE                  $ 1,000,000
   BODILY INJURY BY DISEASE:    POLICY LIMIT                   $ 1,000,000

EMPLOYEE BENEFIT LIABILITY
  INSURER: GENERAL CASUALTY CO OF IL
  POLICY NUMBER: CCI 0339257          POLICY TERM: 02/12/2002 TO 02/12/2003
  LIMITS OF INSURANCE:
   AGGREGATE LIMIT......................................        $ 1,000,000
   EACH CLAIM LIMIT.....................................        $ 1,000,000
                                                               $

CU 7901 (09-00)

```
CCI 0339275              ORIGINAL COPY              general casualty
PAGE  1 OF  1     COMPREHENSIVE INSURANCE POLICY
COMBINED BILL
 ACCOUNT NO. KOPL-FCE972
 RENEWAL DECLARATION
                                                    RENEWAL OF:
                                                    CCI 0339275
```

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|---|
| CCI 0339275 | 02/12/2002 | 02/12/2003 | GENERAL CASUALTY CO OF IL | 0121354 01 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| THE KOPLEY GROUP INC<br><br>5206 N SHERIDAN RD<br>CHICAGO IL     60640 | CARLSON MIKUZIS & TAYLOR INC<br>910 SKOKIE BLVD STE 203<br>NORTHBROOK IL      031<br><br>                                60062 |

```
   ---S T A T E M E N T  O F  A C C O U N T---    CCI0339275 0111 COMBINED BILL
                                                       THE KOPLEY GROUP INC


TOTAL POLICY PREMIUM ........    $3,858.00
   SUBJECT TO AUDIT
```

THIS IS NOT A BILL....BILLING INFORMATION WILL BE MAILED SEPARATELY.

IF YOU HAVE ANY POLICY CHANGES, PLEASE CONTACT YOUR AGENT IMMEDIATELY.

YOUR INDEPENDENT AGENT IS WORKING FOR YOU

 ISSUE DATE - 02/13/2002

GAINDC 6/97

COMMERCIAL GENERAL LIABILITY
CG 00 01 07 98

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) That the insured would have in the absence of the contract or agreement; or

      (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

         (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

Copyright, Insurance Services Office, Inc., 1997

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

Copyright, Insurance Services Office, Inc., 1997
CG 00 01 07 98

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III — Limits Of Insurance ; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments — Coverages A and B.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of a criminal act committed by or at the direction of any insured;

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section; or

(10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**b.** Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

   **(1)** First aid administered at the time of an accident;

   **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

   **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

   We will not pay expenses for "bodily injury":

   **a.** To any insured.

   **b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   **c.** To a person injured on that part of premises you own or rent that the person normally occupies.

   **d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   **e.** To a person injured while taking part in athletics.

   **f.** Included within the "products-completed operations hazard".

   **g.** Excluded under Coverage **A**.

   **h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All costs taxed against the insured in the "suit".

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by the insured;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   **e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   **f.** The indemnitee:

   **(1)** Agrees in writing to:

   **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

   **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

   **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

   **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

    Copyright, Insurance Services Office, Inc., 1997    **CG 00 01 07 98**

**(2)** Provides us with written authorization to:

    **(a)** Obtain records and other information related to the "suit"; and

    **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury":

    **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

    **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

    **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

    **(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

    **(a)** Owned, occupied or used by,

    **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

Copyright, Insurance Services Office, Inc., 1997

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

Copyright, Insurance Services Office, Inc., 1997
CG 00 01 07 98

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

   b. **Excess Insurance**

      This insurance is excess over:

      (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

         (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

         (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

         (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

         (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage A – Bodily Injury And Property Damage Liability.

      (2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

Copyright, Insurance Services Office, Inc., 1997
CG 00 01 07 98

**b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

**c.** All parts of the world if:

**(1)** The injury or damage arises out of:

**(a)** Goods or products made or sold by you in the territory described in **a.** above; or

**(b)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

**(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, water-craft or "auto" to the place where it is finally de-livered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

Copyright, Insurance Services Office, Inc., 1997
CG 00 01 07 98

**b.** Does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Your product" means:

  **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   **(1)** You;

   **(2)** Others trading under your name; or

   **(3)** A person or organization whose business or assets you have acquired; and

  **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

  **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  **b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**21.** "Your work" means:

  **a.** Work or operations performed by you or on your behalf; and

  **b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

  **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

  **b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A. CANCELLATION (Common Policy Conditions)** is replaced by the following:

CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. a. We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   b. If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   c. If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal no less than 60 days before the expiration date to:

   a. You; and

   b. The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   a. On the expiration date if:

      (1) You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      (2) We have indicated our willingness to renew this policy to you or your representative; or

      (3) You have notified us or our agent that you do not want to renew this policy.

   b. On the effective date of any other insurance replacing this policy.

**C.** Mailing of Notices

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

CG 02 00 04 87          Copyright, Insurance Services Office, Inc., 1987

CCI0339275

COMMERCIAL GENERAL LIABILITY
CG 20 11 01 96

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

1. Designation of Premises (Part Leased to You):
   5206 N SHERIDAN RD   CHICAGO IL

2. Name of Person or Organization (Additional Insured):
   PER G 40 – (BLANKET)

3. Additional Premium: INCLUDED

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

         Copyright, Insurance Services Office, Inc., 1994

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 62 09 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS – WITH EXCEPTION FOR BODILY INJURY ON YOUR PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

**(1)** Any of the following, whether belonging to any insured or to others:

**(a)** Computer hardware, including microprocessors;

**(b)** Computer application software;

**(c)** Computer operating systems and related software;

**(d)** Computer networks;

**(e)** Microprocessors (computer chips) not part of any computer system; or

**(f)** Any other computerized or electronic equipment or components; or

**(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

This exclusion does not apply to "bodily injury" occurring on any premises owned by or rented to you.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you a agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real est manager this insurance is excess over any other valid and collectible insurance available to you.

CG 22 70 11 85

Copyright, Insurance Services Office, Inc., 1984

**POLICY NUMBER**

**COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES —
# CANCELLATION AND NONRENEWAL PROVISIONS

This endorsement modifies insurance provided under the following:

BEAUTICIANS' AND BARBERS' PROFESSIONAL LIABILITY COVERAGE PART
CHURCH COUNSELING PROFESSIONAL LIABILITY COVERAGE PART
EMPLOYEE BENEFIT LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
MORTICIANS' MALPRACTICE AND CEMETERY PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS' PROFESSIONAL LIABILITY COVERAGE PART
PRODUCT RECALL EXPENSE COVERAGE FORM

**A.** CANCELLATION (Common Policy Conditions) is replaced by the following:

CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

CG 71 21 01 98

Page 1 of 2

CCI0339275

COMMERCIAL GENERAL LIABILITY
CG 71 27 03 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

**SCHEDULE**
Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| Coverage | Additional Premium |
|---|---|
| Non-Owned Auto Liability | $ INCLUDED |
| Hired Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**HIRED AUTO LIABILITY**
The insurance provided under **COVERAGE A (SECTION I)** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your employees in the course of your business.

With respect to the insurance provided by this endorsement:

1. The exclusions, under **COVERAGE A (SECTION I)**, other than exclusions **a.**, **b.**, **d.**, **f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   a. "Bodily injury":

      (1) To an employee of the insured arising out of and in the course of employment by the insured; or

      (2) To the spouse, child, parent, brother or sister of that employee as a consequence of **1.a.(1)** above.

   This exclusion applies:

      (1) Whether the insured may be liable as an employer or in any other capacity; and

      (2) To any obligation to share damages with or repay someone else who must pay damages because of injury.

   This exclusion does not apply to:

      (1) Liability assumed by the insured under an "insured contract"; or

      (2) "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

   b. "Property damage" to:

      (1) Property owned or being transported by, or rented or loaned to the insured; or

      (2) Property in the care, custody or control of the insured.

2. **WHO IS AN INSURED (SECTION II)** is replaced by the following:

   Each of the following is an insured under this insurance to the extent set forth below.

   a. You;

   b. Any other person using a "hired auto" with your permission;

   c. With respect to a "non-owned auto", any partner (if you are a limited liability company) or executive officer of yours, but only while such "non-owned auto" is being used in your business;

   d. Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **a.**, **b.**, or **c.** above.

   None of the following is an insured:

a. Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment;

b. Any partner or executive officer with respect to any "auto" owned by such partner or officer or a member of his or her household;

c. Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

d. The owner or lessee (of whom you are a sub-lessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or employee of any such owner or lessee;

e. Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

3. Paragraph 2.b. of **LIMITS OF INSURANCE (SECTION III)** is replaced by the following:

   b. Damages under **COVERAGE A and COVERAGE B**, except damages because of:

      (1) Injury and damage included in the "products-completed operations hazard"; or

      (2) "Bodily injury" or "property damage" arising out of the:

         (a) Maintenance or use of a "hired auto" by you or your employees in the course of your business; or

         (b) Use of any "non-owned auto" in your business by any person other than you.

**NON-OWNED AUTO LIABILITY**

The insurance provided under **COVERAGE A (SECTION I)** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person other than you.

The following additional definitions apply:

"Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

"Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your employees or partners or members of their households.

"Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow that is used in connection with your business. This includes any "auto" owned by your employees or partners or members of their households but only while used in your business or your personal affairs.

CG 71 27 03 98

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGES – CONTRACTUAL LIABILITY EXCLUSION AND SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

A. Paragraph **2.b.** of **Exclusions of Bodily Injury And Property Damage Liability (Section I – Coverages)** is replaced by the following:

  **2. Exclusions**

  This insurance does not apply to:

  **b. Contractual Liability**

  "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

  **(1)** That the insured would have had in the absence of the contract or agreement; or

  **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

B. The **SUPPLEMENTARY PAYMENTS** provision is deleted and replaced by the following:

  We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

  **1.** All expenses we incur.

  **2.** Up to $500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

  **3.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

  **4.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings up to $250 a day because of time off from work.

  **5.** All costs taxed against the insured in any "suit".

  **6.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

  **7.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

  These payments will not reduce the limits of insurance.

Includes copyrighted material of Insurance Services Office Inc., with its permission
Copyright, Insurance Services Office, Inc. 1997

CG 79 20 03 98

COMMERCIAL GENERAL LIABILITY
CG 79 50 02 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMPREHENSIVE INSURANCE POLICY LIABILITY COVERAGE EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A. EXTENDED NON-OWNED WATERCRAFT**

Under **COVERAGE A,** Exclusion 2.g.(2)(a) is deleted and replaced by the following:

(a) Less than 50 feet long; and

**B. EXTENDED MEDICAL PAYMENTS**

The Insuring Agreement of **COVERAGE C. (MEDICAL PAYMENT)** is extended to apply to medical expenses incurred and reported to us within three years of the date of the accident.

**C. DAMAGE BY FIRE, EXPLOSION, SMOKE OR LEAKAGE**

1. Under **COVERAGE A. (BODILY INJURY AND PROPERTY DAMAGE LIABILITY),** the last paragraph of item 2. Exclusions is deleted and replaced by the following:

   Exclusions **c.** through **n.** do not apply to damage by fire, explosion, smoke or leakage from fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **SECTION III — LIMITS OF INSURANCE.**

2. **SECTION III — LIMITS OF INSURANCE,** item **6.** is replaced by the following:

   6. Subject to 5. above, the Damage to Premises Rented to You Limit is the most we will pay in any one event under **COVERAGE A** for damages because of "property damage" from fire, explosion, smoke or leakage from automatic fire protection systems, or any combination of these perils to any one premises while rented to you or temporarily occupied by you with the permission of the owner.

3. **SECTION IV. (COMMERCIAL GENERAL LIABILITY CONDITIONS),** Conditions 4. (Other Insurance) item b.(1)(b) is deleted and replaced by the following:

   (b) That is Fire or Extended Coverage insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**D. AMENDMENT OF AGGREGATE LIMIT OF INSURANCE**

The General Aggregate Limit of Insurance (SECTION III) applies separately to:

1. Each of your "locations" owned by or rented to you; and

2. Each of your projects away from premises owned by or rented to you.

   "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E. ADDITIONAL INSURED — LESSOR OF LEASED EQUIPMENT**

1. **WHO IS AN INSURED (SECTION II)** includes as an insured any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an insured only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person or organization. A person's or organization's status as an insured under this provision ends when their contract or agreement with you for such leased equipment ends.

Includes copyrighted material of Insurance Services Office Inc., with its permission.
Copyright, Insurance Services Office, Inc. 1997

COMMERCIAL GENERAL LIABILITY
CG 80 21 02 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES —
# AMENDMENT OF OTHER INSURANCE CONDITION

This endorsement modifies insurance under the following:

BARBERS' AND BEAUTICIANS' PROFESSIONAL LIABILITY COVERAGE PART
CHURCH COUNSELING PROFESSIONAL LIABILITY COVERAGE PART
EMPLOYEE BENEFIT LIABILITY COVERAGE PART
MORTICIANS' MALPRACTICE AND CEMETERY PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS' PROFESSIONAL LIABILITY COVERAGE PART

**Item 4. Other Insurance under Section IV — Conditions** is deleted and replaced with the following:

If other valid and collectible insurance is available to the insured for a loss we cover under this coverage part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

COMMERCIAL GENERAL LIABILITY
CG 99 01 11 85

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# MOTOR VEHICLE LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

The following are added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

1. When this Coverage Part is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the coverage part for Bodily Injury Liability or Property Damage Liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

2. With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverages required by any motor vehicle insurance law. We will provide the required limits for those coverages.