## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Constitution Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 cv 4584 |
| vs. | ) | |
| | ) | |
| The Kopley Group Inc., Kopley Group IX, | ) | |
| LLC, Kopley Group X, LLC, General | ) | |
| Casualty Company of Illinois, and Douglas | ) | |
| Perkins as Administrator of the Estate of | ) | |
| Adrienne Perkins, | ) | |
| | ) | |
| Defendants. | ) | |

### RULE 7.1(A) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Constitution Insurance

Company ("Constitution") states that it is a non-governmental corporation and that its parent

corporation is GLOBAL Reinsurance Corporation of America, which in turn is owned by

GLOBALE Ruckversicherungs-AG.  Constitution further states that there are no other parent

corporations or publicly held corporations that own 10% or more of its stock.

Dated:  August 14, 2008

Respectfully submitted,


_____s/ Mark G. Sheridan_____
One of the Attorneys for Plaintiff
Constitution Insurance Company


Mark G. Sheridan (Illinois Bar No. 6207803)
James L. Wideikis (Illinois Bar No. 6278707)
BATES & CAREY LLP
191 North Wacker Drive
Suite 2400
Chicago, IL 60606
312-762-3100 (Phone)
312-762-3200 (Fax)
263564