# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Constitution Insurance Company,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | Case No. 08 CV 4584 |
| vs.  ) | |
| ) | Judge Dow, Jr. |
| The Kopley Group Inc., Kopley Group IX,  ) | |
| LLC, Kopley Group X, LLC, General  ) | Magistrate Judge Schenkier |
| Casualty Company of Illinois, and Douglas  ) | |
| Perkins as Administrator of the Estate of  ) | |
| Adrienne Perkins,  ) | |
| ) | |
| Defendants.  ) | |

## REQUEST FOR CLERK OF COURT TO REFUND FILING FEE

Plaintiff, Constitution Insurance Company, requests the Clerk of Court refund the duplicate payment of the filing fee it paid when filing its initial documents on August 13, 2008. The two receipt numbers for the payments are 3015954 and 3016217.  Receipt number 3015954 is the duplicate payment, and we request that this payment be refunded.

Dated:  August 15, 2008

                                                   Respectfully submitted,

                                                   s/ Mark G. Sheridan
                                                 One of the Attorneys for Plaintiff
                                                 Constitution Insurance Company

Mark G. Sheridan (Illinois Bar No. 6207803)
James L. Wideikis (Illinois Bar No. 6278707)
BATES & CAREY LLP
191 North Wacker Drive
Suite 2400
Chicago, IL 60606
312-762-3100 (Phone)
312-762-3200 (Fax)

263901